UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, et al.,

      Plaintiffs,

    v.

LINDA MCMAHON,
Secretary of Education, et al.,

      Defendants.

Civil Action No. 25-4523 (SLS)

## DEFENDANTS' STATUS REPORT

Defendants provide this notice to inform the Court that they need some extra time, about thirty minutes, to file their notice as ordered by the Court. Minute Order (Dec. 31, 2025). Defendants are cognizant that today is New Years Eve and apologize to the Court and its staff for the brief delay.

Dated: December 31, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Dimitar P. Georgiev*
    DIMITAR P. GEORGIEV, D.C. Bar # 1735756
    FITHAWI BERHANE
    Assistant United States Attorneys
    601 D Street, NW
    Washington, DC 20530
    (202) 252 – 7678

*Attorneys for the United States of America*