UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, et al.,

      Plaintiffs,

  v.

LINDA MCMAHON,
  Secretary of Education, et al.,

      Defendants.

Civil Action No. 25-4523 (SLS)

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's December 31, 2025, Minute Order,[1] Defendants respectfully submit this status report to appraise the Court and Plaintiffs of the status of disputed funds. Defendants report that "[a]s of 5:00 PM Eastern Time, on December 31, 2025, the entire amount" of the appropriated funds "has been obligated." Ex. 1, Declaration of Amy Yamashiro ¶ 4 (attached hereto); *see also* 34 C.F.R. § 75.236 ("The grant obligates both the Federal Government and the grantee to the requirements that apply to the grant.").

It is the government's understanding that this resolves Plaintiffs' Motion for Temporary Restraining Order, Or In the Alternative For A Preliminary Injunction, And For A Stay Pursuant To 5 U.S.C. § 705 (ECF No. 3) in its entirety. That motion only challenges the alleged "decision not to obligate the full amounts of expiring appropriations," PI Mem. (ECF No. 3-1) at 12, and asks the Court to vacate the alleged "decision not to obligate the full amount appropriated by Congress in the 2025 Continuing Resolution for the Full Service Community Schools program

---

[1] Defendants apologize to the Court and its staff for filing this a few minutes late on New Years Eve.

($150 million) before its statutory expiration date[,]" Proposed Order (ECF No. 3-5) at 1.  Unless the Court orders otherwise, Defendants assume this motion is resolved in its entirety and will not file further briefing in opposition to that motion.  *See* PI Opp'n (ECF No. 13) at 1 (requesting "the opportunity to provide full briefing in opposition to a preliminary injunction" should the Court enter a temporary restraining order).

The parties will confer and file a joint status report by January 5, 2026, "proposing next steps for this case."  Min Order (Dec. 31, 2025).

Dated: December 31, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   */s/ Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
FITHAWI BERHANE
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*