IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, et al.,

                    Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.

CASE NO. 25-cv-04523

## <u>DECLARATION OF AMY YAMASHIRO</u>

I, Amy Yamashiro, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1. I am the Director of the Office of School Community and Improvement Programs of the Office of Elementary and Secondary Education ("OESE") at the United States Department of Education ("Education" or "the Department"). I have been in the role of Director since December 29, 2024. I am a duly authorized Custodian of Records, or other qualified witness for Education. I am competent to make the statements contained in this declaration. I make this declaration based on my personal knowledge and based on information provided to me in my official capacity.

2. As Director, I directly oversee the work of the Supervisory Education Program Specialist and Group Leader whose job responsibilities include being the acting manager for the Full-Service Community Schools ("FSCS") program. His responsibilities include supervising staff; grants management activities related to soliciting, reviewing and selecting applications for funding; and overseeing grants monitoring activities and oversight; providing and coordinating technical assistance; program reporting; and administering program budgets as appropriated by Congress.

3. Congress appropriated $150 million for Full-Service Community Schools Program ("FSCS") grants for Fiscal Year 2025, to be obligated by December 31, 2025.

4. As of 5:00 PM Eastern Time, on December 31, 2025, the entire amount has been obligated.

I declare that under the penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of December, 2025.


Amy Yamashiro