UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, et al.,

    Plaintiffs,

  v.

LINDA MCMAHON,
Secretary of Education, et al.,

    Defendants.

Civil Action No. 25-4523 (SLS)

## NOTICE

Pursuant to the Court's Minute Order of January 8, 2026, Defendants, by and through counsel, hereby file this Notice "explaining when the Plaintiffs will be provided the FSCS obligation information that would ordinarily be posted to usaspending.gov." Instantly, Defendants state that they will be able to provide the USAspending data sought by Plaintiffs once it is assembled by the different offices involved in collecting the and validating pertinent information. The relevant data is pulled, reviewed, and cleaned on a regular basis, and the data Plaintiffs seek will be publicly available after it is presented to the Office of Management and Budget and then uploaded to USAspending. This process happens twice a month. Defendants predict that data reflecting spending information through December 31, 2025, barring any issues with validation, will be available on USAspending.gov by no later than January 31, 2026.

Dated: January 13, 2026
      Washington, DC

                        Respectfully submitted,

                        JEANINE FERRIS PIRRO
                        United States Attorney

2

By: /s/ *Fithawi Berhane*
FITHAWI BERANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*