UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, et al.,

      Plaintiffs,

  v.

LINDA MCMAHON,
Secretary of Education, et al.,

      Defendants.

Civil Action No. 25-4523 (SLS)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of January 22, 2026, the parties have conferred and respectfully submit the instant Joint Status Report regarding their proposed schedules to govern future proceedings in this matter.

Defendants' posted final 2025 Full Service Community School Program funding obligations on February 6, 2026. Plaintiffs intend to file an amended complaint, adding both new parties and new claims.

### Plaintiffs' Position

As of February 3, 2026, due to the passage of the Labor–Health and Human Services–Education Appropriations Act, 2026, funding for the Full-Service Community School program became available for obligation. As the Department may obligate those funds at any time, Plaintiffs believe an expedited schedule, combining motion to dismiss and summary judgment briefing is appropriate to potentially avoid emergency motion practice.

In light of these above, Plaintiffs propose the following schedule:

1. Plaintiffs file an amended complaint no later than February 27, 2026;

1

2. Defendants produce the Administrative Record within 21 days after Plaintiffs file the amended complaint;

3. Plaintiffs file a motion for summary judgment 14 days after the production of the Administrative Record;

4. Defendants file their opposition to Plaintiffs' motion for summary judgment, together with a combined cross-motion for summary judgment and motion to dismiss, no later than 21 days after Plaintiffs' motion for summary judgement is filed;

5. Plaintiffs file a reply brief, together with an opposition to the cross-motion, no later than 14 days after Defendants' filings; and

6. Defendants file a reply brief on their cross-motion no later than 7 days after Plaintiffs' opposition is filed.

7. Plaintiffs request oral argument at the Court's convenience.

## Defendants' Position

Defendants note that the U.S. Attorneys' Office was not served with the operative complaint until January 15, 2026, and that their current response deadline is March 15, 2026. ECF No. 24. Defendants do not oppose Plaintiffs' request to file an amended complaint on February 27, 2026, but otherwise cannot concur with Plaintiffs' request for an expedited schedule, especially given the fact that Defendants have not even had an opportunity to review Plaintiffs' amended complaint, which will not be filed until the end of this month. Therefore, Defendants respectfully request that the default deadlines continue to govern in this case. Should Plaintiffs wish to move for an expedited schedule, such a motion should only be filed after the filing of the amended

complaint. Defendants will be willing to confer with Plaintiffs regarding any proposed schedule after the filing of the amended complaint.

Dated: February 13, 2026

      Washington, DC

      /s/ Nina Cahill
Daniel F. Jacobson (DC Bar No. 1016621)
Lynn D. Eisenberg (DC Bar No. 1017511)
Brian C. Rosen-Shaud (DC Bar No. 90042065)[+]
Nina C. Cahill (DC Bar No. 1735989)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave N.W., Suite 301
Washington, DC 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
brian@jacobsonlawyersgroup.com
nina@jacobsonlawyersgroup.com

Kali Schellenberg (DC Bar No. 198422)
Erez Reuveni (CA Bar No. 264124)[+,^]
Jeffrey B. Dubner (DC Bar No. 1013399)
Victoria S. Nugent (DC Bar No. 470800)
Robin F. Thurston (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kschellenberg@democracyforward.org
ereuveni@democracyforward.org
vnugent@democracyforward.org
rthurston@democracyforward.org

[+] Admitted *pro hac vice*
[^] Not admitted in the District of Columbia. Practice supervised by members of the D.C. bar.

*Counsel for Plaintiffs*

    JEANINE FERRIS PIRRO

United States Attorney

By: /s/ *Fithawi Berhane*
    FITHAWI BERANE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6653

*Attorneys for the United States of America*