**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, <br> Secretary of Education, *et al.*, <br><br> Defendants. | Civil Action No. 25-4523 (SLS) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, ECF No. 30, Plaintiffs'

Opposition to Defendants' Motion to Dismiss, ECF No. 31, and any Reply, it is hereby

ORDERED that Defendants' motion is **DENIED**.


**IT IS SO ORDERED.**


_____                                         _____
Date                                                                      SPARKLE L. SOOKNANAN
                                                                                United States District Judge