**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, *et al.*,

Plaintiffs,

v.

LINDA MCMAHON,
Secretary of Education, *et al.*,

Defendants.

Civil Action No. 25-4523 (SLS)

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs provide notice of a recent decision, *The Board of Education of the City School District of the City of New York v. United States Department of Education*, No. 25-CV-8547 (AS), 2026 WL 948205 (S.D.N.Y. Apr. 8, 2026), attached hereto as Exhibit A. This case addresses *National Institutes of Health v. American Public Health Association*, 145 S. Ct. 2658 (2025), and *Department of Education v. California*, 604 U.S. 650 (2025), and adds to the growing consensus that the Tucker Act does not preclude jurisdiction of APA claims challenging grant non-continuation decisions. *Board of Educ.*, 2026 WL 948205, at *3–4; Pls.' Opp. 17–20, Dkt. No. 31 (citing *Council for Opportunity in Educ. v. U.S. Dep't of Educ.*, No. 25-CV-03491 (TSC), 2026 WL 120984 (D.D.C. Jan. 16, 2026); *Washington v. United States Dep't of Educ.*, 161 F.4th 1136 (9th Cir. 2025)).[1]

---

[1] Plaintiffs apologize for not citing this case in their recently-filed reply brief. Plaintiffs did not become aware of the decision until yesterday.

Dated: April 15, 2026
Washington, DC

Respectfully submitted,

 s/ Kali Schellenberg
Kali Schellenberg (DC Bar No. 198422)
Victoria S. Nugent (DC Bar No. 470800)
Robin F. Thurston (DC Bar No. 1531399)
Louis Katz (DC Bar No. 90003861)
Laura Aguilar (DC Bar No. 90030659)+
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kschellenberg@democracyforward.org
vnugent@democracyforward.org
rthurston@democracyforward.org
lkatz@democracyforward.org
laguilar@democracyforward.org


Daniel F. Jacobson (DC Bar No. 1016621)
Lynn D. Eisenberg (DC Bar No. 1017511)
Brian C. Rosen-Shaud (DC Bar No. 90042065)
Nina C. Cahill (DC Bar No. 1735989)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave N.W., Suite 301
Washington, DC 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
brian@jacobsonlawyersgroup.com
nina@jacobsonlawyersgroup.com

[+] Admitted *pro hac vice*


*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Columbia by using the CM/ECF system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

This 15th day of April 2026

s/ *Kali Schellenberg*
Kali Schellenberg