**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>LINDA MCMAHON,<br>Secretary of Education, *et al.*,<br><br>   Defendants. | Civil Action No. 25-cv-4523 (SLS) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THEIR
ADMINISTRATIVE PROCEDURE ACT CLAIMS**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs respectfully move for summary judgment on the Administrative Procedure Act ("APA") claims in their Amended Complaint (Counts I–IV).[1] Plaintiffs request that the Court enter an order:

- granting summary judgment on Courts I through IV;

- vacating the funding priorities for the Full-Service Community Schools ("FSCS") program described in the December 12, 2025 notices of non-continuation sent by the Department of Education to FSCS grant recipients;

- vacating actions taken to effectuate those funding priorities as to the FSCS awards connected to Plaintiffs: S215J220203, S215J230086, S215J220100, S215J230148, S215J230147, S215J230149, S215J230215, S215J220173, S215J220024,

---

[1] At this juncture, Plaintiffs are not moving for summary judgment on their First Amendment claims, Counts V and VI. Plaintiffs reserve the right to do so at an appropriate time.

1

S215J230049, S215J220151, S215J230159, and S215J220168 (collectively, the "Applicable FSCS Awards");

- vacating Defendants' decisions to non-continue the Applicable FSCS Awards;

- declaring that Defendants' decisions to change funding priorities and non-continue the Applicable FSCS Awards were unlawful in violation of the APA;

- permanently enjoining Defendants from applying the changed funding priorities or substantially similar criteria to the Applicable FSCS Awards and from applying those priorities or substantially similar criteria to future determinations regarding the continuation of the Applicable FSCS Awards; and

- ordering that the permanent injunction applies to and binds Defendants and all other persons, including any other federal executive branch agencies, departments, and commissions, and their heads, officers, agents, and subdivisions that assume responsibility for the Department's duties or responsibilities.

In support of this motion, Plaintiffs submit the accompanying memorandum of law; a proposed order; an index of declarations; and declarations.

Dated: August 12, 2026
Washington, DC

Respectfully submitted,

2

 *s/ Kali Schellenberg*
Kali Schellenberg (DC Bar No. 198422)
Victoria S. Nugent (DC Bar No. 470800)
Robin F. Thurston (DC Bar No. 1531399)
Louis Katz (DC Bar No. 90003861)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kschellenberg@democracyforward.org
vnugent@democracyforward.org
rthurston@democracyforward.org
lkatz@democracyforward.org


Daniel F. Jacobson (DC Bar No. 1016621)
Lynn D. Eisenberg (DC Bar No. 1017511)
Brian C. Rosen-Shaud (DC Bar No. 90042065)
Nina C. Cahill (DC Bar No. 1735989)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave N.W., Suite 301
Washington, DC 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
brian@jacobsonlawyersgroup.com
nina@jacobsonlawyersgroup.com

[+] Admitted *pro hac vice*


*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Columbia by using the CM/ECF system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

This 12th day of August 2026

s/ *Kali Schellenberg*
Kali Schellenberg