**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>LINDA MCMAHON,<br>Secretary of Education, *et al.*,<br><br>      Defendants. | Civil Action No. 25-cv-4523 (SLS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Summary Judgment, Dkt. No. 44, and all responses and replies thereto, it is hereby

ORDERED that Plaintiffs' Motion for Summary Judgment on Counts I-IV is GRANTED.

It is FURTHER ORDERED that the funding priorities for the Full-Service Community Schools ("FSCS") program described in the December 12, 2025 notices of non-continuation sent by the Department of Education to FSCS grant recipients are VACATED;

It is FURTHER ORDERED that any actions taken to effectuate those funding priorities as to the following FSCS awards are VACATED: Award Nos. S215J220203, S215J230086, S215J220100, S215J230148, S215J230147, S215J230149, S215J230215, S215J220173, S215J220024, S215J230049, S215J220151, S215J230159, and S215J220168 (collectively, the "Applicable FSCS Awards");

It is FURTHER ORDERED that Defendants' decisions to non-continue the Applicable FSCS Awards are VACATED;

2

It is FURTHER DECLARED that Defendants' decision to change funding priorities and Defendants' decisions to non-continue the Applicable FSCS Awards were unlawful in violation of the Administrative Procedure Act;

It is FURTHER ORDERED that Defendants are permanently enjoined from applying the changed funding priorities or substantially similar criteria to the Applicable FSCS Awards, and enjoined from applying the changed funding priorities or substantially similar criteria to future determinations regarding the continuation of the Applicable FSCS Awards;

It is FURTHER ORDERED that this Permanent Injunction applies to and binds Defendants and all other persons, including any other federal executive branch agencies, departments, and commissions, and their heads, officers, agents, and subdivisions that assume responsibility for the Department's duties or responsibilities.

This order shall apply to the maximum extent provided for by Fed. R. Civ. P. 65(d)(2) and shall persist until further order of this Court.

**IT IS SO ORDERED.**

_____

Date

_____

SPARKLE L. SOOKNANAN
United States District Judge