**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LINDA MCMAHON,<br>Secretary of Education, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-cv-4523 (SLS) |

**INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THEIR ADMINSTRATIVE PROCEDURE ACT CLAIMS**

| Attach. # | Description | Position & Organization |
|---|---|---|
| 4 | Declaration of Patrick Brosnan | Executive Director of Brighton Park Neighborhood Council (BPNC) |
| 5 | Declaration of Brigitte Blom | President and CEO of Prichard Committee for Academic Excellence, Inc. (Prichard) |
| 6 | Declaration of Jay Roscup | Community Schools Director of Sodus Central School District (Sodus CSD) |
| 7 | Declaration of Dr. Laurie W. Newell | Superintendent of Paterson Public Schools (PPS) |
| 8 | Declaration of Rosemarie Grant | Executive Director of Paterson Education Fund (PEF) |
| 9 | Declaration of Daniel McNeil | General Counsel of American Federation of Teachers (AFT) |
| 10 | Declaration of Adriane Dorrington | Program Manager at National Education Association (NEA) |

1

2

| 11 | Declaration of Sophia Bill | Teacher at Fairview Elementary School & NEA Member |
| 12 | Declaration of Dr. Amber Bradley | Teacher at River City High School & NEA Member |
| 13 | Declaration of David Correa | Teacher at Castlemont High School & NEA Member |
| 14 | Declaration of Caitlin Sheehan | Teacher at Dewitt Clinton Elementary School & AFT Member |
| 15 | Declaration of Nadia Casseus Torney | Instructional Coach at Kimball Elementary School & AFT Member |
| 16 | Declaration of Kiesha Wilson | Teacher at Augusta Fells Savage Institute of Visual Arts & AFT Member |
| 17 | Declaration of Elson Nash | Former Director of School Choice and Improvement Program Division at the Department of Education |
| 18 | Declaration of Stephen Kostyo | Former Program Officer for the FSCS Program at the Department of Education |