**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*,<br><br>   Plaintiffs,<br><br> **v.**<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, *et al.*,<br><br>   Defendants. |

**Civil Case No. 25-cv-4523**

**DECLARATION OF PATRICK BROSNAN**

I, Patrick Brosnan, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I have been the Executive Director of the Brighton Park Neighborhood Council (BPNC) since 2007.

3. BPNC is a grassroots, community-based 501(c)(3) nonprofit organization founded in 1997 to serve the underserved residents of Chicago's southwest side. The Brighton Park community is home to over 42,000 people, many of them low-income residents who face significant barriers to opportunity, including high rates of economic insecurity and limited access to supportive services. Brighton Park is one of the most impoverished neighborhoods in Chicago,

1

as are many of the surrounding communities we serve on the southwest side; for example, Brighton Park's per capita income is just $24,600, just over half of the Chicago average of $48,148, and 29.8% of Brighton Park residents lack a high school diploma, more than twice the Chicago average of 13.2%. BPNC also provides services to residents of surrounding southwest side communities including New City, Gage Park, and Archer Heights. These communities are home to a total of 91,502 people, many of whom are also low-income residents experiencing significant socioeconomic hardship and limited access to social services. The combined average per capita income of all three community areas is $23,728, and a combined average 30.6% of residents lack a high school diploma.

4.      BPNC's mission is to improve the quality of life for the residents of these communities. One of our main tools for carrying out that mission is providing free and accessible social services and quality programming for youth and adults. We deliver those services through our Full Service Community School Initiative ("CSI"), which offers wraparound support for students and families at eight neighborhood public schools on Chicago's southwest side. By "wraparound support," I mean a network of services that address the complex needs of children and adults in low-income families, such as employment and workforce preparedness, education, and mental and physical health, through their family connection to a school.

5.      For example, we provide afterschool programming that helps students facing academic challenges and provides enrichment and skills-building programs in everything from STEM and robotics to arts and civics. We also provide adult education programs ranging from health and fitness to GED preparation and English as a Second Language classes. And we provide

2

health education, mentoring, and life skills coaching to middle school and high school students and their parents.

6.    We implement the CSI by contracting with Chicago Public Schools ("CPS") and outside funders to provide infrastructure and services at the eight schools. Our single largest source of funding for this work comes from a contract that ultimately traces back to the U.S. Department of Education's Full-Service Community School Program ("FSCS"). FSCS awarded a five-year grant to Metropolitan Family Services, which awarded a subgrant to CPS to provide full-service programming in two schools. CPS, in turn, contracted with BPNC to establish and run the program at Curie Metro High School, which is the third-largest public school in Chicago and the largest of our eight schools both in terms of student population and geographical coverage. Our contract with CPS provides $500,000 to serve as anchor funding for our programs at Curie, more than double our next largest grant. Our programming began at the start of the 2025–2026 school year and was set to run until December 31, 2029.

7.    With this contract, we hired two staff to work full-time at Curie, a resource coordinator who organizes all afterschool programs and a parent coordinator who organizes all parent-focused programming. We also employ a dozen full- or part-time contracted staff.

8.    We also used the funding from our CPS subgrant to pay for much of the afterschool programming we arrange at Curie. This includes a college mentoring program, in which recent Curie graduates who are currently in college work as tutors and mentors for at-risk students; academic support programming; STEM and robotics classes; art programming; civics and leadership development programs; and parent support programs such as GED and ESL classes.

3

9. In addition, we have sought out other grants and local funding to facilitate other programming. On top of the CPS subgrant, we have arranged more than $100,000 in funding for additional projects. For example, the Chicago Youth Works program is a city-funded youth employment program for which BPNC identifies or creates worksites (for example, employing high-school students at Curie to be counselors at summer camps for younger children), serves as a recruitment hub, and performs all administrative functions. Another program, Afterschool Matters, brings additional programming to Curie, like an upcoming program teaching students how to operate nail salons, including designing their own business plans and developing other economic skills.

10. These supplementary programs depended on the anchor funding we received from CPS's FSCS subgrant. Any afterschool program has a number of logistical issues beyond the actual programming itself: recruitment, enrollment, and attendance; procuring and storing equipment; complying with school requirements; and paying for the after-hours services of security and engineering services, as required by local regulations. CPS's FSCS subgrant covered all of this infrastructure, without which smaller project grants and contracts we entered for additional programs such as Chicago Youth Works and Afterschool Matters are not possible.

11. These activities furthered BPNC's mission and the purpose of the federal FSCS program. As the Department of Education has explained, Congress intended the FSCS program to "provide support for the planning, implementation, and operation of full-service community schools that improve the coordination, integration, accessibility, and effectiveness of services for children and families, particularly for children attending high-poverty schools." "Social, health, nutrition, and mental health services and supports," "Out-of-school-time programs," "Activities

4

that support postsecondary and workforce readiness," and "Family and community engagement" are all pipeline services that Congress and the Department identified as pillars of community schools.

12. Our programming has transformed the lives of community members. Over 500 students and over 200 adults from the community were engaged in programs and services funded through our program at Curie before the loss of FSCS funding. We had been tracking an established set of performance metrics that will indicate students' academic growth, including attendance rates, dropout/graduation rates, grades, and scores on state assessments as well as a variety of data on the programs and services themselves.

13. Across all of our sites, 94.6% of youth afterschool program participants maintained a passing reading and/or math grade all year long; more than two-thirds of participants reported that they like attending school due to their involvement with afterschool programming; over two-thirds of students reported that after-school activities helped them increase their emotional intelligence; and 95% of adult participants reported that our programs prioritized parent engagement and inclusion in their children's education and wellbeing.

The Impact of the Noncontinuation

14. On December 12, 2025, the Department of Education sent a Notice of Non-Continuation of Grant Award to Metropolitan Family Services, informing it that it would not be continuing its FSCS awards. MFS was awarded two five-year state-scaling FSCS grants. Each grant provided $9,420,400 per year, together amounting to over $94.2 million in over five years. Together, due to non-continuation, $56 million in funding was lost.

5

15. As a result, CPS informed us, we will lose funding for our Curie programming beginning January 1, 2026.

16. This termination has been devastating to our programming at Curie and to BPNC's ability to carry out its mission. Since the termination, we have needed to cancel thirteen student programs and five adult programs we provide at Curie. Thus far, BPNC has had to cut half of its full-time staff and all of its part-time staff/student mentors at Curie. BPNC was forced to terminate the full-time parent coordinator, leading to the cancellation of crucial parent services.

17. We immediately needed to cancel events planned for January and February 2026 as we scrambled to deal with the fallout from this unexpected termination, such as staff and parent appreciation events and showcases for the students. The sudden cancellation of these student and parent events caused significant strife and uncertainty among Curie families who have demonstrated to greatly benefit from access to academic, enrichment, and social-emotional educational services that are otherwise unattainable due to economic hardship. Instead, we had to focus on rewriting our 2026 budget and determining which, if any, programs we might somehow be able to save for next semester.

18. As a result of the non-continuation, BPNC had to cancel all student enrichment programs, such as the Financial Literacy Club, Robotics Club, Student Council, Adult Nutrition class, and numerous tutoring and mentoring programs. This has resulted in a loss of services for an estimated 500 students and 200 adults who were participating in these programs. Curie has been unable to continue all of these programs without BPNC's participation, depriving students and parents of important activities for their personal and educational development. The termination of the academic tutoring program is especially devastating as a Needs Assessment BPNC conducted

6

in collaboration with Curie administrative staff, students, teachers, and parents identified increasing academic tutoring support for English language learners as a top priority. Thus, the termination of academic tutoring programs has effectively deprived one third of the students of access to vital, linguistically relevant services and impaired their educational development.

19.    Similarly, we had to cancel all family engagement events, such as a school-wide New Year celebration in January and a Black History Month event in February organized by the Black Student Union. These community events often drew 200-300 people; however, their cancellation has substantially impaired these families' access to essential local social services and created significant barriers to obtaining needed support. The sudden cancellation of all adult and parent engagement services has compromised the physical, social, and emotional wellbeing of families who rely on the limited services available to them for health and education development. Thus, the cessation of FSCS funding has directly inhibited BPNC's ability to sustain its mission of improving the quality of life of working-class families.

20.    If we had had time to plan for the termination of our funding, we might have been able to wind down programs in an orderly fashion and find stopgap solutions to prolong programs as long as possible. Instead, the last-minute, out-of-the-blue termination has sent BPNC and the communities we serve into avoidable chaos and disruption of support.

21.    Likewise, had the Department engaged in a notice and comment process in order to change the priorities for the FSCS program prior to issuing any noncontinuation determinations, we would have commented to explain the benefits programs like ours were achieving and the harm that removing their funding would cause.

7

22.    As things currently stand, we no longer have federal funding to sustain these programs. We are actively coordinating with CPS to identify local funding sources in hopes of maintaining a significantly reduced level of programming during the school year 2026-27; however, the feasibility of this is uncertain. The cessation of FSCS funding has caused irreparable harm.

23.    The longer the lapse in funding goes on, the more damage it will do to our future programming even if funding is eventually restored. For example, we ordinarily begin preparations for the Chicago Youth Works program early in the new year, reviewing applications from students, recruiting and negotiating with potential worksites, and undertaking all the administrative, logistical, and contractual steps needed to launch the program on schedule. However, due to the termination of the FSCS grant, we had to dramatically reduce the size of the program at Curie during the summer. Additionally, in an effort to avoid program cancellation altogether, we had to cover 100% of the costs associated with program coordination and implementation.

24.    Similarly, the sudden loss of funding has severely undermined our ability to meet contractual obligations and has caused significant financial harm to the organization. In an effort to avoid breaching our contract with the After School Matters program discussed above, we assumed responsibility for all operational costs associated with the program including, but not limited to, administrative costs, management, program coordination, outreach, and program materials. These expenses should have been fully reimbursed through FSCS funding and would have facilitated program coordination, sustainability, and viability. As a result, the organization has incurred an estimated loss of $15,000 to date.

25.    In addition to the inability to carry out our mission, the burden of unwinding contracts we can no longer fulfill, and the loss of other funding sources that are contingent on the CPS contract, having to back out of these programs at the last minute has irreparably damaged our goodwill and reputation. Schools, non-profits, and businesses that contracted with us or relied on our services now question whether we are a reliable partner and whether they can confidently make plans around our commitments. Parents and students have become disillusioned as programs they were depending on are canceled, and will be less likely to engage in future programming, making it harder to fulfill our mission and serve our community.

26.    Our ability to apply for other funding is also impaired. For example, in January we applied for a state workforce development grant to fund a youth employment partnership between BPNC, Curie, and Daley College, a community college with a manufacturing licensure program. The project would help create career pathways for Curie students by bringing in Daley College instructors to run a light manufacturing licensing program at Curie, providing students with skills and credentials that will prepare them for productive employment after graduation. But without the CPS subcontract, we don't have the infrastructure at Curie that we need to operate the program. Consequently, our competitive stance was significantly diminished and we did not receive the grant. All alternative funding sources are contingent upon our ability to demonstrate we have the infrastructure necessary to sustain programming, which we cannot do as the loss of federal funding has significantly reduced our capacity. The loss of FSCS funding has weakened our competitive stance, and thus, undermined our ability to sustain all programming funded through FSCS or otherwise.

9

27.     The stress and emotional toll of this sudden bombshell has also been devastating. Cutting off services for at-risk high-school students in the middle of the school year caused trauma for students who already face inordinate challenges, alienating them even more from any trust we had helped them develop in schools and community institutions. Students have reported they feel distraught, less confident in their academic development, and less motivated to attend school as the programs they depend on have been inexplicably ripped away from them. Parents in particular are reporting heightened distress as the social-emotional educational resources they relied on to assist their children to navigate their social-emotional wellbeing are no longer available. One full-time and fifteen part-time staff were terminated from their positions resulting in their sudden financial precariousness, further compromising their emotional and physical well-being. The massive cuts have ruptured the trust built between BPNC, Curie administration, and community members who turn to us for support amidst persistent sociopolitical and economic adversities in their communities. The emotional toll on all staff navigating such erratic changes and the uncertainty of their employment is debilitating and disheartening.

28.     The non-continuation of FSCS funding at Curie directly overrides the purpose Congress set for the FSCS program, which is to provide "comprehensive academic, social, and health services for students, students' family members, and community members  that will result in improved educational outcomes" as stated by the Department of Education's website. The loss of funding has severely compromised BPNC's ability to provide essential services needed to achieve optimal well-being and positive educational outcomes for economically marginalized students and families who otherwise have significantly limited access to holistic services. It has, furthermore, jeopardized the financial and reputational standing of the organization and induced

10

severe emotional stress. For these reasons, the Brighton Park Neighborhood Council urges the

Department of Education to continue the FSCS awards to Metropolitan Family Service and other

grantees that were stopped last December.

August 11, 2026                    _____

                                           Patrick Brosnan