## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, *et al.*,

　　　　　Plaintiffs,

v.

LINDA MCMAHON, in her official capacity
as Secretary of the United States Department of
Education, *et. al.*,

　　　　　Defendants.

**Civil Case No. 25-cv-4523**

### DECLARATION OF BRIGITTE BLOM

I, Brigitte Blom, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.　　　I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2.　　　I have been the President and CEO of the Prichard Committee for Academic Excellence, Inc. (Prichard Committee or Prichard) since 2015. I am a former local board of education member and state board of education member, having served a total of 16 years in elected or appointed service, committed to improving education outcomes at the local level and statewide, prior to leading the Prichard Committee. I have degrees in economics and public policy and have spent my career working to improve the outlook for Kentucky, the 4th poorest state in the nation.

1

3.     Prichard Committee is a 501(c)(3) non-profit organization established in 1983 and headquartered in Lexington, Kentucky.

4.     The Prichard Committee's mission is to realize a path to a larger life for Kentuckians with education at the core. We are a citizen-led, nonpartisan, and independent nonprofit organization founded in 1983 by a group of 50 Kentuckians to promote vastly improved education for all Kentuckians. We study relevant issues in education and engage the public to be part of the solutions needed to improve our state.

5.     Over the years we have been funded by organizations like the Ford Foundation, Kellogg Foundation, Gates Foundation, Humana, UPS, and Ashland Oil. We've garnered national attention for the 1990 Kentucky Education Reform Act – which first ushered in standards-based accountability for K12 education – and later for the Commonwealth Institute for Parent Leadership which trains parents to work with schools to improve student outcomes for all children.

6.     Systemic reform in the 1990s helped Kentucky lead the nation in improved outcomes in reading and math from the 90s through the early 2000s. We climbed from the bottom of the national rankings to the middle by 2015. Our goal is to move Kentucky into the top tier of all states for education outcomes from early childhood through postsecondary – and to see median household income improve as a result; this is multi-generational work.

7.     In 2018, to continue to improve outcomes for all students across the state we started focusing hyper-locally to support communities to respond to the unique needs of students and families locally. Our theory of change is that coupling system transformation with engaged local communities will result in the sustainable improvement in education we want to see over time –

and that promising practice at the local level – in pockets across the state – would put upward pressure on continued system reform.

8.    To that end, the Prichard Committee applied for and was awarded a 5-year Full-Service Community Schools State Scaling Grant by the USDOE in 2022 and launched the Kentucky Community Schools Initiative—an evidence-based initiative to establish school-community partnerships that leverage local expertise and resources to remove nonacademic barriers to success and expand and enrich learning time outside of the classroom. In putting together the application for funding, Prichard Committee was cognizant of the priorities and preferences announced by the Department, and drafted the application accordingly in order to ensure eligibility and strengthen our application.

9.    Under that initiative, Prichard provided technical assistance and other support to 40 Title 1 schools in 20 school districts across Kentucky. In addition, we established a state steering committee of cross-government departments and state-based community organizations to collaborate in resource alignment and coordination of services, as well as learning from the work happening in the 40 schools to support state scaling of promising local approaches. The initiative coordinated health, social services, education, and other services; empowered families and community leaders to become more involved in education; and used evidence-backed practices to improve efficiency and drive positive, measurable outcomes.

### The Department's Non-Continuation of the Grant

10.    Prichard Committee received a FSCS five-year state-scaling grant award (Prime Award No. S215J220173) in 2022 for $47,254,772.00 for the Kentucky Community Schools

Initiative. The Prichard Committee's award was continued by the Department in 2023 and 2024. The annual funding was $9,605,136.00, with a total expected funding of $47,254,772.00.

11.    Due to the Department's 2025 non-continuation determination, the Prichard Committee will not receive over $21.8 million in funds—$19 million that was expected for the remainder of the grant term, and was not permitted to use more than $3 million in remaining funds from the 2025 calendar year that would have remained available if the Department had authorized a no-cost extension.

12.    The Prichard Committee received a notice identifying the following language in its original grant application as a reason for the non-continuation: "Kentucky will host several targeted trainings . . . which focused on recognizing and addressing disparities (racial, ethnic, geographic, able-ness, etc.)" and that "the project leads . . . will facilitate a review of tools to help address equity in policymaking, such as the Race Equity Impact Assessment." The Department's notice failed to mention how or whether Prichard had implemented these aspects of its proposal, even though Prichard had submitted annual performance reports to the Department. *See* AR0001271.

13.    Before receiving this notice, the Prichard Committee received no official communications from the Department about the concerns the notice identified. Prichard Committee never had the opportunity to potentially address any of the issues the Department had with the grant.

14.    On December 17, 2025, the Prichard Committee submitted a request for reconsideration of the Department's non-continuation decision. The appeal explained that "[t]he trainings referenced in the grant application were never implemented, and no federal funds were

4

ever used for the component of the proposal that the Department has determined is in conflict with Department policy and priorities." The activities highlighted by the Department, the letter went on, "were examples of potential activities" that were "not integral to achieving the project's objectives" and "were never implemented, funded, or incorporated into the project's scope of work." As evidence for its claim, Prichard observed that, if it had engaged in the activities the Department objected to, those activities "would necessarily have been reflected in required programmatic reporting or budget documentation," such as annual performance reports, budget narratives, and expenditure summaries. But "[t]hey were not." Prichard's request also laid out in detail why its "activities affirmatively advance the Department's stated priorities." For example, it explained that it had produced measurable program outcomes, empowered parents to become more involved in their children's education, and prepared students for the workforce. *See* AR0001273-1277.

15.    On December 29, 2025, the Department of Education denied the Prichard Committee's request for reconsideration. The Department's denial letter did not respond to Prichard's claim that it had not engaged in the activities to which the government objected. Nor did it address Prichard's explanation for why its project advanced the Department's priorities. Instead of responding to Prichard's objections, the Department affirmed its denial decision by again pointing to statements taken from Prichard's grant application. Specifically, the Department faulted the Prichard Committee's "commitment to equity, inclusion, and diversity" and its plan to hire in accordance with its mission. The Department also highlighted that the State Steering Committee would "provide guidance on the various aspects of diversity which should be incorporated into the project (e.g., race, ethnicity, location, etc.)." Finally, the Department

expressed its disagreement with Prichard's goal of "[m]ak[ing] space for communities of color to lead and participate in conversations about policy decisions." Again, the Department failed to object to any specific actions taken by Prichard other than its inclusion of language in the original grant application. The Department went on to claim that "the information in your request for reconsideration was not sufficient to refute these findings"—i.e., statements it identified in Prichard's grant application. See AR0001390.

16.    If the Department of Education had provided notice and an opportunity for comment on its decision to impose new priorities on existing FSCS grants, we would have submitted a comment to respond and explain why successful multi-year projects like ours were fulfilling the goals the FSCS program.

### The Effect of the Non-Continuation

17.    Prichard Committee relied on grant funding from FSCS to build capacity internally to support the development of school-community partnerships and to improve the research-backed primary indicators of student academic success and graduation: attendance, behavior, and course grades (ABCs). Each and every person on the Prichard Committee's small 26-person team was involved and partially funded by the FSCS grant. We had a 5-year arc to seed transformation in local communities and to develop our capacity to scale community-school partnerships statewide. We were right where we should have been on that arc in year 3 of the grant when uncertainty about the future of the grant and eventual discontinuation came; we were completely invested in the outcomes of this initiative and not yet to the maturation point of full sustainability. The result is a shattered 40-year-old organization, reduced to 16 staff members after laying off 10 people, which will have a hard time making it through the end of 2026.

18.    In addition to the disruption of the Prichard Committee itself, FSCS funding has been used to create the infrastructure for assessing and fulfilling local needs in individual school districts. The grant supports the employment and training of a Community Schools District Director in each school district who oversees the implementation of the initiative. These directors work collaboratively with families, community members, and educators to decide how best to use funds to remove non-academic barriers and to extend learning beyond the classroom and school year. School districts have, for instance, used those funds to pay for after-school clubs, transportation, health care, tutoring, programs to reduce chronic absenteeism, and other critical services.

19.    With FSCS support, Prichard's Kentucky Community Schools Initiative was working. Nearly all participating schools—34 out of 36 reporting—showed lower levels of chronic absenteeism during the 2024–2025 school year than in the prior year. Chronic absenteeism has, on average, dropped by 8.24 percentage points year-over-year. Participating schools reported major gains in academic achievement, too: Assessments show average gains of 10.79% in math and 9.24% in reading in 2024–2025 compared to 2023–2024. The initiative has also succeeded in connecting schools to partners in the community, with participating sites experiencing a 46% increase in community partnerships.

20.    Prichard was "one to watch" - one of the most successful state scaling grants. Our approach was returning actual data on academic improvement in reading and mathematics, attendance, and improvement in behavior. When leaders nationally wanted to know what was working, Prichard was the one even other grantees pointed to for outcomes. In addition, communities and schools were working together – building trust and beginning to move toward

real, lasting and substantive work.Kentucky is the fourth poorest state in the country. We were getting truly positive outcomes in just two and half years of work. The Prichard Committee put its heart and soul into this program every single day and is still trying to recover from this non-continuation.

21.    The sudden non-continuation of the Prichard Committee's FSCS grant in the middle of the school year destabilized proven student supports in 20 school districts in Kentucky, harming students and schools. Because the grant was the only source of funding for the Kentucky Community Schools Initiative, programs funded by the initiative either found another source of funding—potentially diverting funds away from other educational priorities—or else were forced to terminate. Even programs that managed to secure funding through the end of the 2025–26 school year are at risk of not continuing in future years. Some school districts will be forced to eliminate critical services and positions, including their Community Schools District Director. At least six district directors have already been reassigned to other roles—such as "Assistant Director of Preschool"—that may not support community school work.

22.    Because non-continuation came in the middle of the five-year grant period, Prichard Committee's long-term plan to build sustainable community schools in Kentucky has been disrupted. Schools, families, and communities were planning on funding being available over that period, and the non-continuation of the grant midstream has halted the momentum that Prichard and the Kentucky Community Schools Initiative were building. Local stakeholders have expressed confusion about why beneficial services funded by the grant have been eliminated. Without FSCS funding, the responsibility of removing non-academic barriers to learning will fall

8

on overextended staff—fragmenting the impact of community schools and jeopardizing the quantifiable progress that the initiative has achieved.

23.    This was not just a grant where we set up a team to administer the grant; it pulled on all of the resources of the organization and we built additional capacity in local communities. With the discontinuation, it's not as simple as closing a portfolio and firing people. Every part of our team was involved with this work and multiple people and community leaders across 20 school districts were supported by the funds to build capacity - and proof of concept - long term. In other words, the non-continuation has been nothing short of devastating.

August 11, 2026

Brigitte Blom

9