**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*, |
| Plaintiffs, |
| v. |
| LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, *et al.*, |
| Defendants. |

Civil Case No. 1:25-cv-04523

**DECLARATION OF JAY ROSCUP**

I, Jay Roscup, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.  I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2.  I have been the Community Schools Director of the Sodus Central School District since 2016. I have served as a professional educator since 2002 and maintain teaching licensure and school administration certifications through New York State via active service and professional development. I have served as a Project Director for Substance Abuse and Mental Health Services Administration (SAMHSA) grants, Department of Justice grants, and 21st Century Community Learning Centers projects, and I am trained in fiscal management and program operations as well as education and youth development. I have served as a writer in several funded

1

projects and I am familiar with grant application processes, continuation applications as they typically unfold, grant reporting, data collection, and other processes necessary for the successful implementation of large grants.

3.    Sodus Central School District (Sodus CSD) is a public school district located in Wayne County, New York. It employs approximately 110 full-time teachers and serves approximately 1,000 students at its three schools.

4.    In 2022, the Department of Education awarded Sodus CSD a grant under the Full-Service Community Schools (FSCS) program. Specifically, Sodus CSD received a five-year Multi-LEA grant (Prime Award No. S215J220168) for $15,000,000. Sodus CSD's award was continued by the Department in 2023 and 2024. Due to the Department's 2025 non-continuation determination, Sodus CSD will not receive over $6 million in FSCS funds.

5.    Sodus CSD's Full-Service Community School Initiative expanded the number of and effectiveness of full-service community schools that provide critical services to students and families in Wayne County. With funding from FSCS, Sodus CSD spearheaded the Wayne County Community Schools Expansion and Engagement Project (Wayne County FSCS Project), in support of 16 schools across 8 high-need rural school districts.

6.    These services include a wide variety of extracurricular programs for students, such as after-school and summer programs, art and theater programs, and work internship programs. They also include services that ameliorate nonacademic barriers to student achievement through the provision of nutritional support, mental health resources, early childhood screenings, and food.

7.    With FSCS federal funding, Sodus CSD has significantly expanded the Wayne County FSCS Project's reach. During the 2024-2025 school year, the Get Ready to Grow early

2

childhood screening program screened 341 children, a 144% increase from the 2022-2023 school year. Infant Toddler Book Clubs reached 648 children through 37 events. Key community partners were also able to grow their impact. Peaceful Schools provided social emotional support to 1,380 students, a 19% increase since the 2022-2023 school year. Pop Up Pantries provided food to 890 children and 1,101 adults per month on average. Finger Lakes Community College provided college courses to 922 Wayne County high schoolers. Optimal Health Coordinators provided nutrition lessons to 852 students, hygiene lessons to 565 students, and dental lessons to 264 students. Approximately 18% of public-school students in Wayne County received individual or group counseling from co-located partners.

8.    The Wayne County FSCS Project has generated positive, measurable outcomes. Since 2023, 77% of grantee schools report decreases in the proportion of students who are unwilling to ask for help; 77% of grantee schools report lower proportions of students who are food insecure; 85% of grantee schools experienced a decrease in the proportion of students who reported feeling unsafe in school. In addition, chronic absenteeism across Wayne County has decreased from 29.9% to 22.1%. Absenteeism rates for students who receive free or reduced lunch and who were chronically absent decreased from 30.4% to 24.6%. Over the last three years, third-grade English Language Arts (ELA) proficiency levels rose by 34.63 points more at Wayne County school buildings receiving FSCS funding than in New York State as a whole, despite above-average rates of poverty.

9.    On December 12, 2025, Sodus CSD received a notice from the Department of Education indicating its FSCS grant would not be continued. The notice quoted just three sentences from its original grant application. That grant application was submitted on September 12, 2022.

3

The passage of the grant application identified by the Department referenced only one out of Sodus CSD's nearly twenty proposed partner organizations and was not an accurate reflection of the school district's current grant program activities. Indeed, it did not contain any information from the multiple status reports that Sodus CSD had submitted since 2022 describing the programming and usage of FSCS funds.

10.     Prior to this notice, Sodus CSD had received no official communications from the Department about the concerns the notice identified. In past years, notification for decisions or requests for information were carried out months prior. But because the Department provided no notice, Sodus CSD was not given any opportunity to address the Department's concerns about its grant.

11.     On December 19, 2025, Sodus CSD submitted an appeal of the Department's non-continuation determination, pointing out the inaccuracy and inadequacy of the government's letter and providing supporting documentation for Sodus CSD's use of FSCS funds.

12.     Notably, the specific concern identified by the Department related to an activity that was not funded with FSCS funds. Moreover, the Wayne County FSCS Project was designed to fit the Department of Education's priorities for the FSCS program that were in place at the time we applied for grant funding. The quoted language from the application was reflective of organizational values that Sodus CSD thought necessary to include to be responsive to certain competitive preference priorities that were established through notice-and-comment rulemaking and were in effect at the time of its application.

13. The Department's December 29, 2025 denial and response to the reconsideration request did not address the points raised by Sodus CSD in its appeal. Instead, it continued to quote from Sodus CSD's 2022 grant application.

14. Sodus CSD and the Wayne County FSCS Project now face a $6 million funding shortfall over the next two years. Without this funding, essential programs are facing immediate hardship, threatening the improvements Wayne County Schools has made in increasing student opportunities and reducing chronic absenteeism rates and youth risk factor engagement.

15. FSCS grant funding was intended to coordinate services across school districts in Wayne County and build a durable system to create efficiencies to serve students and families. Our rural area has been in persistent decline economically after the decline of Kodak and Xerox, two large employers in the area. The loss of these employers left wages stagnant, decreased property values, and prevented our area from making normal economic gains. The Wayne County FSCS Project responded to the economic and fiscal challenges in our region by pulling together eight rural districts across a 600 square mile area to create efficiencies and economies of scale. With FSCS funding, we networked resources to eliminate duplicative programs, increase service provision, and create shared data systems. We increased local voice to improve fit for services; together, we met needs in each individual community better than we could alone and yet we always maintained local control and ownership.

16. To use a metaphor, FSCS funding was the twine that held our raft together, lashing different school districts to each other and allowing us to better support schools and kids. But because of the Department's decision to non-continue our FSCS grant midstream, the logs comprising the raft—the individual school districts—have been ripped apart and set adrift on the

5

water. All of us are scrambling to find alternative sources of funding to replace the FSCS dollars. But even to the extent we are able to find alternative funding streams for particular services, the Department's sudden decision to non-continue our grant has prevented us from building the sustainable, coordinated project across districts that the grant was designed to support.

17.     Specifically, Wayne County has been deprived of the full benefit of in-school coordinators at Lyons, Newark, and Williamson school districts. These coordinators worked alongside school administrators, teachers, counselors, and nurses to provide students with opportunities in experiential learning, career exploration, early learning, and family and community engagement. They were dedicated to building relationships with students, staff, families, organizations, and service providers in the community in furtherance of these objectives.

18.     In Williamson Central School District, the previous coordinator left their position, and without FSCS funding, the school district has not been able to fill the role. Newark and Lyons school districts have retained coordinators in their communities, but without FSCS funds, the coordinators have been paid through funding streams sourced for other purposes and are not serving in the same roles. We maintained the staff and the relationships with the children by placing staff in funded programs in the same community but not co-located full time in the schools; we lost the service provision of coordination and regular interaction with youth, but we salvaged the continuity of relationships with skilled youth development staff. The coordinators at these specific sites now visit schools less often and their presence in students' lives has been dampened. Had the FSCS project been in place, when new funding projects began, additional staffers would have been hired to meet specific needs, and those services would have been better coordinated. We now have fewer services with poorer coordination.

19.     Wayne County Community Schools has had to reduce and shift contracts with key partners to migrate to new funding streams. For example, it ended its contract with New York State Network with Youth Success to support Wayne M.O.S.T. (Maximizing Out-of-School Time), a program that provides coordination, training, and capacity building for after-school learning and enrichment opportunities for students as well as specific county-wide events that promote family engagement. It also ended its contract with Literacy Volunteers of Wayne County, a partner that supported Wayne County's Family and Community Engagement Office (FACE) in providing literacy training for parents, grandparents, and caregivers, among other programs. There is no replacement funding for these features. Staff are working to innovate to meet the core function of these lost supports.

20.     Due to the loss of FSCS funding, Wayne County Community Schools was forced to cut funding for Steady Work, a program that provides youth with employment opportunities, job coaching, and on-the-job training, by $400,000. The loss of funds will increase mentor case management loads and reduce internship hours for students. It will also affect the program's ability to partner with Wayne County Pre-Trial, a program that specifically engages at-risk and justice-involved youth.

21.     In addition, Wayne County Community Schools has been forced to cut its nutritionist contract and eliminate nutrition services across participating schools.

22.     The non-continuation of funding will undercut the substantial progress the Wayne FSCS County Project has made in improving student outcomes.

23.     Sodus CSD expects it will be forced to reduce its staff and staffing support from community partners. During the next school year, five community partner positions cannot

7

continue without a new funding source, impacting over 500 children in two Sodus CSD school buildings. In addition, Sodus CSD will no longer be able to replace its Grant Administrator, among other positions.

24.     For Sodus CSD, the impact of the non-continuation has also meant that planned increases in services supporting students can no longer happen. For example, Sodus CSD can no longer benefit from planned staffing and service increases from partners. In particular, partners will no longer be able to add four full-time staff to support early childhood work focused on screening and supporting Kindergarten Readiness across the county, three full-time staff to support youth in the juvenile justice systems across the county, and four full-time staff to support capacity building to prepare for long-term sustainability. Planned partnership expansions will also no longer be possible. With its funding, Sodus CSD would have increased support from Syracuse University and Wayne County Pre-Trial. It also would have implemented and bolstered one-on-one career navigation coaching, health and well-being screening, and case management support for students. Such case management programs not only help students achieve their goals and address mental health barriers, but also alleviate burdens on Sodus CSD educators to address nonacademic barriers to student success and engagement.

25.     Staff at Sodus CSD have also had to devote significant time and resources to attempting to close this newfound funding gap. After the sudden non-continuation of its grant, Sodus CSD staff have worked tirelessly to schedule meetings with local private foundations, seek support from regional Board of Cooperative Educational Services (BOCES), communicate with ongoing grant projects to seek flexibility, and implement creative solutions to transition its leadership and ameliorate any disruptions to programming. I personally have routinely worked 90

8

to 100 hour weeks to address funding shortfalls, much of which are attributable to the loss of FSCS funding. The distress and uncertainty caused by the loss of funds has also negatively affected Sodus CSD staff.

26.    If the Department of Education had provided notice and an opportunity for Sodus CSD to comment on its decision to impose new priorities on existing FSCS grants, we would have submitted a comment opposing these new priorities and their application to existing, successful multi-year projects like the Wayne County FSCS Project.

August 11, 2026                             _____

                                            Jay Roscup