**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> **v.** <br><br> LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, *et. al.*, <br><br> Defendants. |

**Civil Case No. 25-4523 (SLS)**

**DECLARATION OF DR. LAURIE W. NEWELL**

I, Dr. Laurie W. Newell, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.　I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2.　I have been the Superintendent of the Paterson Public Schools since 2023.

3.　Paterson Public Schools (PPS) is a public school district located in Passaic County, New Jersey. It employs approximately 1,974 full-time teachers and serves approximately 19,612 students at its 43 schools.

4.　Paterson Public Schools received two FSCS grants to support the implementation of full-service community school programming across six PPS schools: a five-year capacity

building and development grant award (Prime Award No. S215J220151) in 2022 for $2,499,795, and a five-year Multi-LEA grant award (Prime Award No. S215J230159) in 2023 for $11,349,762.

5.    PPS's 2022 FSCS Grant was a five-year award with an annual allocation of approximately $500,000 that served two schools with exceptionally high-need student populations. This grant funded a coordinated, school-embedded continuum of services at Public School 16 (serving Pre-K-8 students) and Alonzo "Tambua" Moody Academy (serving grades 9-12).

6.    PPS's 2023 FSCS Grant was also a five-year award with an annual allocation of approximately $2.3 million. The grant funded a coordinated, school-embedded continuum of services across four PPS schools: Eastside High School, Joseph A. Taub School, International High School, and School No. 10. With FSCS grant funding, these schools provided the students with school-based health clinics, integrated behavioral-health services, extended-day and after-school academic programming, family engagement, and college- and career-readiness supports.

7.    The 2023 grant also funded services at two schools at PPS's partner district, Passaic Public Schools. This grant enabled Passaic Public Schools to establish FSCS-funded programs for the first time, enrolling 231 students in health clinics and reaching 1,323 students through FSCS-funded activities.

8.    PPS drafted their 2022 and 2023 FSCS grant applications to satisfy the Department's announced criteria for selection, including equity, inclusive educational plans, and community participation.

9.    Across their six FSCS-funded schools, PPS provided medical, behavioral health, and prevention services to 1,048 students enrolled in school-based health clinics, and PPS engaged 525 students in after-school programming and 3,065 students in other FSCS-funded activities, such

as academic enrichment, tutoring, mentoring, and other extracurricular programming. For example, FSCS funds were used to distribute food at schools, provide resources for teen parents to prevent chronic absenteeism, implement summer bridge programs for kindergarten and sixth and ninth grades, and implement programs for crime prevention and anti-bullying. Funds were also used to provide structured family engagement programming and improve program staffing, coordination, and data tracking to ensure accountability and measurable outcomes. For example, PPS used FSCS funds to provide workshops to teach parents basic skills, technology education, and parenting techniques, and it used funds to expand mindfulness, professional development programming, and advanced course options for teachers.

10.     Student participation in these activities was associated with measurable academic and attendance gains, including reduced chronic absenteeism, improved academic performance, increased likelihood of earning passing grades, and reduced suspensions.

a. At Joseph A. Taub School, for example, students whose families participated in FSCS events were 16% less likely to be chronically absent, missed six fewer days on average, earned 18% higher math and ELA grades, and were 7% less likely to receive a suspension.

b. At Alonzo T. Moody Academy, students enrolled in the health center were 22% less likely to be chronically absent and achieved 11% higher math grades. At Eastside High School, students enrolled in the health center earned 17% higher math grades and 11% higher ELA grades, and were 6% less likely to receive a suspension.

c.  At both School No. 10 and International High School, students participating in FSCS after-school and mentoring programs were 9% less likely to be chronically absent, missed three fewer days on average, and were 5 to 6% less likely to receive a suspension, as compared to non-participants.

11.  PPS's awards were continued by the Department in 2023 and 2024. Due to the Department's 2025 non-continuation determination, PPS will not receive over $7.9 million in FSCS funds.

12.  PPS received two letters notifying the school district that both of its grants had been non-continued. The letters quoted passages from PPS's original grant applications.

13.  The Department did not notify PPS in advance that it was planning to non-continue the grants. PPS was never given an opportunity to potentially address any issues the Department had with the grants.

14.  On December 18, 2025, PPS submitted an appeal of both of the Department's non-continuation determinations. PPS pointed out that the application language quoted by the Department was responsive to application requirements existing at the time. PPS also explained that the language quoted by the Department was unrelated to any of PPS's planned FSCS projects or expenditures. Rather, the language referenced activities that are PPS frameworks and statements of values. Indeed, PPS never used FSCS funds for the activities referenced by the Department in either of the letters.

15.  The Department's December 29, 2025 denial and responses to the reconsideration requests did not address the points raised by PPS in either of its appeals. Instead, it continued to quote from PPS's original grant applications.

16.     PPS now faces a $7.9 million shortfall over the next three years. As a result of the non-continuation of funding, PPS has eliminated FSCS mentoring programs for students across the district. FSCS after-school programming that previously served about 525 students has been eliminated at six district schools. Three full-time school employees lost their jobs, including employees who serve as site coordinators at Alonzo T. Moody Academy and Eastside High School. Additionally, seven agency staff members lost their jobs: four school-based site coordinators, one Health Operations Manager, one School-based counselor, and one School-based Treatment Coordinator.

17.     As a result of the non-continuation of FSCS funding, PPS will be scaling back parent outreach and family engagement programming this fall. The reduction of structured family engagement programming will eliminate proven supports that empower families to partner with schools in addressing attendance, behavior, and academic challenges. As demonstrated by PPS's FSCS outcomes, students whose families participated in these programs experienced stronger attendance, fewer suspensions, and higher academic performance; scaling back these services places those gains at significant risk. PPS will also be forced to reduce the number of mentors available for students, as well as staffing for after-school programming.

18.     As a result of the non-continuation of funding, PPS now only operates school-based health centers at the FSCS schools on two days per week.  Previously, due to FSCS funding, PPS operated these health centers four days per week. This means that fewer students are able to access basic health care benefits, which are proven supports that increase school attendance and performance.

19.    The loss of funding will abruptly withdraw essential services, directly harm hundreds of Paterson students and their families, and reverse the demonstrated progress made in attendance, academic achievement, and suspension reduction.

20.    Had the Department engaged in a notice and comment process in order to change the priorities for the FSCS program prior to issuing any noncontinuation determinations, we would have commented to explain the benefits programs like ours were achieving and the harm that removing their funding would cause.

August 10, 2026

Dr. Laurie W. Newell