**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, *et al.*,

        Plaintiffs,

v.

LINDA MCMAHON, in her official capacity
as Secretary of the United States Department of
Education, *et. al.*,

        Defendants.

Civil Case No. 25-cv-4523 (SLS)

**DECLARATION OF ROSIE GRANT**

I, Rosemarie Grant, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.      I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2.      I have been the Executive Director of the Paterson Education Fund since 2013.

3.      Paterson Education Foundation (PEF) is a 501(c)(3) organization founded in 1983, to advance educational equity and strengthen public education in Paterson, New Jersey.

4.      PEF's mission is to stimulate community action for change so that Paterson Public Schools can improve outcomes for Paterson's students. PEF achieves this mission by engaging a broad range of stakeholders and participating in statewide and national education coalitions to bring evidence-based models, best practices, and innovative teaching and learning strategies to

Paterson—resources that would otherwise be inaccessible to students, parents, schools, and the local community.

5.    Beginning in 2023, PEF has served as a contracted lead community partner to the Paterson Public Schools (PPS) at Alonzo "Tambua" Moody Academy (ATMA), supporting PPS's implementation of the FSCS Initiative by providing technical assistance and managing funds for parent and student initiatives at ATMA.

6.    Moody Academy is an alternative high school for students who do not thrive in a traditional setting. Many of the students are court-referred, some are recovering credits for failed or missed courses, and others choose the school for their current needs. Currently, there are 150 students at Moody Academy.

7.    PEF receives a $10,000-per-year stipend from PPS that is funded by FSCS. With these funds, PEF has provided technical assistance to Moody Academy in support of the school's health clinic, school-based enrichment, and after-school programming for students and families. For example, PEF has designed and implemented professional learning workshops to help ATMA school staff learn evidence-based practices and understand adverse childhood experiences, trauma-informed care, healing-centered engagement, relationship-building, restorative practices, and mindfulness. In addition, PEF has administered and overseen funding for student- and family-centered activities that support family engagement and capacity building, including cultural celebrations, culinary arts programming, financial planning workshops, FAFSA completion support, and skill-building activities.

8.    Collectively, these services have strengthened school climate, deepened family engagement, supported student well-being, and improved student outcomes, in alignment with the

FSCS framework. During the most recent school year, more than 96% of students at ATMA participated in at least one FSCS-supported activity and 58.3% of ATMA students participated in the school-based health center. Students enrolled in the ATMA health center were substantially less likely to be chronically absent than their non-enrolled peers and achieved higher average math grades. In addition, family engagement and student participation in FSCS activities at ATMA were associated with higher grades and improved academic indicators.

9.      As a consequence of Defendants' decision to not continue PPS's grant, PEF has been unable to provide Moody Academy with services intended to remove non-academic barriers to learning, and these evidence-based programs have ceased. Specifically, the health clinic has closed, the clinician is no longer available to students, and there is no longer a Full Service Site Coordinator in the building. This loss of funds has not only harmed PEF but has also harmed Moody Academy students and families. Without PEF's coordinated programming, outreach, and supported engagement activities, 150 students are no longer able to access essential health, social-emotional, and community services, and 750 parents no longer have access to structured opportunities for involvement in their children's education. In turn, academic outcomes will suffer.

10.     Moreover, the abrupt non-continuation of funding inflicted serious distress on the ATMA community. Three days before the Christmas break, PEF was forced to inform school leadership, families, and community partners that FSCS-supported activities would be non-continued due to the loss of funding. This abrupt withdrawal disrupted ongoing parent and student initiatives and undermined the community's trust and confidence in ATMA.

August 1, 2026

_____
Rosemarie Grant