**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*<br><br>*Plaintiffs*,<br><br>    v.<br><br>LINDA MCMAHON., in her official capacity as Secretary of the United States Department of Education, *et al.*<br><br>*Defendants*. | **Case No. 1:25-cv-04523** |

**DECLARATION OF DANIEL MCNEIL**

I, Daniel McNeil, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.     I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2.     I am General Counsel of the American Federation of Teachers. I have served in this role since July 2023.

3.     In my role as General Counsel of the American Federation of Teachers, I engage in the day-to-day supervision of all legal matters for the AFT, ensure the union is in compliance with our ongoing legal responsibilities, and serve as a core member of the AFT management team.

4.     I base the facts in this declaration on my own personal knowledge, on AFT's business records, and on publicly available records within AFT's possession.

1

5.      The AFT was founded in Chicago, with eight locals signing on as AFL President Samuel Gompers welcomed the union into its fold in 1916. It grew quickly and now boasts almost 3,500 local unions and over 1.8 million members who work in every U.S. state, the District of Columbia, Puerto Rico, Guam, and the U.S. Virgin Islands.

6.      Five divisions within the AFT represent the broad spectrum of AFT's membership: pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal state and local government employees; and nurses and other healthcare professionals.

7.      The AFT's mission is to champion fairness, democracy, and economic opportunity in and through high-quality public education, as well as healthcare and public services for students, their families, and communities their members serve. The AFT does so by ensuring its members receive fair pay and benefits for their crucial work, by fighting for safe working conditions that also benefit students, patients, and all those who use public services, by providing professional development and resources to member educators to improve student achievement, and by fighting for civil rights.

8.      The AFT believes that high-quality public education is an economic necessity, an anchor of democracy, a moral imperative, and a fundamental civil right. Without the foundation a strong education provides, our other rights can never be fully realized. We believe in and stand ready to fight for public education because it is the means by which we help all children dream their dreams and achieve them. All children—those who have abundant advantages, and those for whom every day is a struggle; those who worry about getting into a good college, and those who worry about their parents getting deported—deserve the opportunity to succeed. The people who

work in schools help students build lives of great purpose and potential by instilling essential knowledge and skills, including critical reasoning, problem solving, and the ability to work with others, and by promoting civic participation.

### American Federation of Teachers Members

9.      AFT Public Education is the union's oldest and largest unit. It has more than 1 million members and encompasses both the AFT Teachers division and the AFT Paraprofessionals and School-Related Personnel (PSRP) division. AFT Higher Education, another unit within AFT, encompasses over 400 affiliates across the United States which collectively represent approximately 400,000 academic workers (full-time and part-time faculty, academic professionals, and graduate employees) at public and private colleges and universities in all 50 states.

10.     AFT members occupy a broad range of positions in education, including but not limited to: pre-K through 12th-grade teachers, early childhood educators, classroom aides, counselors, school nurses, paraprofessionals, and other school-related personnel; and higher education faculty and professional staff at community colleges, colleges and universities.

11.     AFT members work in K-12 or higher education professions in every state, the District of Columbia, Guam, Puerto Rico and the U.S. Virgin Islands. AFT represents some of the largest local school districts, like: New York City (over 130,000 members); Chicago (over 26,000 members); Los Angeles (over 33,000 members); and Miami-Dade County (almost 15,000 members). AFT also has locals that represent only a few dozen employees: University of Idaho Federation of Teachers (78 members); Plaquemines Federation of Teachers (190 members); University of Kansas Graduate Teaching Assistants (146 members); and Cleveland Alliance of

Charter Teacher and Staff (75 members). As such, AFT members are present in almost every type of educational institution nationwide.

### The Full-Service Community Schools Grant Program

12.     Community schools, sometimes known as "community learning centers," "full-service schools," or "community hubs," are key to reclaiming the promise of public education. Community schools are more than just centers of education; they become the center of their communities by providing the services to students, families, and neighbors that best serve their needs, while at the same time promoting stable, healthy neighborhoods.

13.     Effective community schools are organized around four key pillars: (1) integrated student supports; (2) expanded and enriched learning time and opportunities; (3) active family and community engagement; and (4) collaborative leadership and practice. These pillars provide a framework that enables community school teachers and staff to create opportunities for deeper and engaged learning, rooted in the assets and needs of their particular communities. Well-designed community schools knit together wraparound services and programs guided by the values of trust, care, and respect. These values translate into strong school cultures where all members feel that they belong and are engaged in relevant, purposeful learning. In so doing they help create better conditions for both teaching and learning.

14.     Community schools benefit their students, faculty, and neighborhoods, in numerous ways, including:

     a. Reducing health-related obstacles that cost students instructional time. Students miss fewer days of school for treatable illnesses and are less distracted by medical issues.

b.  Decreasing student mobility rates. When schools serve as hubs of the community, families can establish roots rather than moving around to receive necessary services. Reduced mobility enables students to have continuity in their lessons and the opportunity to develop relationships with teachers and peers critical to belonging and success in school.

c.  Helping parents support the work of classroom teachers. When parents and families are utilizing the services at the community school alongside their children, they are more likely to gain skills, such as English language assistance, to help their kids with homework and reinforce the lessons taught at school.

d.  Promoting community involvement and programming. When communities are involved in their schools, everyone benefits. Programs promoting adult education, family counseling, and investment by local businesses can strengthen the ties of the entire neighborhood and improve the quality of life for teachers, students, and families. A community school strategy gives all sides the ability to bolster and support one another, and creates a positive cycle of growth and renewal.

15.  Data have shown that students who attend community schools and who receive services, supports, and enrichments have improved academic performance, increased graduation rates and better attendance, as well as increased motivation and engagement in learning. This support improves the teaching experience as well by addressing some of the student needs that can distract teachers from their educational mission.

16.  The Department of Education has supported community schools through the Full-Service Community Schools (FSCS) grant program. These grants, operated by the Department of

5

Education, provide support for the planning, implementation, and operation of full-service community schools that improve the coordination, integration, accessibility, and effectiveness of services for children and families, particularly for children attending high-poverty schools, including high-poverty rural schools.

17.    AFT members work in school districts that have benefitted from FSCS funds. For example:

    a.  In Washington, D.C., AFT has approximately 4,690 members through its affiliate Washington Teachers' Union (WTU), including members working in schools that were receiving benefits from two non-continued FSCS grants awarded to D.C. Public Schools.

    b.  In North Carolina, AFT represents 210 members across districts impacted by the non-continuation of an FSCS grant awarded to Duke University. Those members include 13 who work at the following participating community schools: Asheville City School, Enka Middle School, North Buncombe Middle School, WB Wicker Elementary School, Central Elementary School, Salemburg Elementary School, and Vance County High School.

    c.  In Illinois, the Lake County Federation of Teachers is an AFT affiliate, and AFT represents its 5,501 members. Those members include educators who were benefitting from an FSCS grant awarded to Lake County, Illinois that was non-continued.

    d.  Also in Illinois, AFT has members in multiple school districts that benefitted from two FSCS grants awarded to Metropolitan Family Services. In particular, AFT has

members in the Chicago Public School System, the Quincy School District #172, and the East St. Louis School District #189, all of which benefitted from the Metropolitan Family Services grants.

e. In Maryland, AFT represents over 18,000 members, including the more than 10,500 members of the Baltimore Teachers Union. Some of those members benefitted from FSCS grants provided to Maryland, through the University of Maryland, Baltimore.

f. AFT also has members in New York and Kentucky who benefitted from FSCS grants awarded to Sodus Central School District and Prichard Committee for Academic Excellence, respectively.

18. FSCS funds allow schools to provide students and teachers who support them with critical support that they often would not be able to receive elsewhere. For example:

a. In Washington, D.C., FSCS funds have contributed to across-the-board improvements in educational outcomes. Of students receiving intensive case management through community school partnerships, 78% of these students improved their academics and 97% improved their behavior. Sixty-five percent of case-managed students improve their attendance over a five-year period, and for students enrolled in schools utilizing home visits—a core community engagement strategy—students missed an average of 24% fewer days of school. In addition, community school models in Washington, D.C. report high success in keeping students on track: 95% of case-managed students in grades K–11 progress to the next grade, and 99% of seniors graduate. And, through the OSSE Community Schools Incentive Initiative, participating schools provide access to dental and

vision care, food pantries, clothing banks, and mental health counseling directly on campus, contributing to the various improvements to educational outcomes.

b. In Illinois, the community schools model has directly contributed to significant improvements in education outcomes. Since 2023, Illinois reported a 14.8% decrease in the number of students missing 10% or more of the school year as of 2025. And the state reached a record 89.3% of ninth graders on track to graduate in 2025, an 8.6% increase since 2021, with significant gains among English learners (3.5%) and Black students (2.3%). National and regional data for the FSCS model also indicate math score gains equivalent to 43 additional days of learning and English Language Arts gains equivalent to 36 days. Schools implementing the full model saw an average 15% reduction in suspension rates, with the most significant impact at the secondary school level where restorative practices were applied. With respect to Family and Community Connectivity, approximately 94% of teachers in Illinois community schools reported that the model increased parent and family engagement; roughly 85% of parents reported feeling more closely connected to their child's school due to the presence of community services; and schools successfully increased family connections to essential community resources by over 95%. Finally, by late 2023 and into 2024, nearly every partner school had successfully hired a Full-Time Coordinator to manage these integrated services, a foundational step that was finalized across the 32 sites. And grant-funded schools successfully established partnerships with local employers to align student career exploration with regional workforce needs.

8

c. In Maryland, FSCS funds were used to support more than 700 students. Between the 2022-2023 and 2024-2025 school years, participating schools saw a 13.7% increase in attendance. Survey data confirm the program's effectiveness. At one community school, the Augusta Fells Savage School, 70% of families reported being mostly or extremely satisfied, 74% reported that the school was preparing students academically, and 79% reported a supportive and safe learning environment.

19. One of the crucial positions in a community school is the site resource coordinator ("RC"). Generally coming from a background in education or social work, the RC will work full time to build local partnerships capable of meeting the needs and goals of the community, as well as craft strategies that simultaneously overcome boundaries and create opportunities for students and educators. The RCs are the anchor for the community school. They have strong relationships with school staff, parents, administrators and the community. It is through the coordinators that community schools are able to leverage resources to meet the needs of students and families. A recent study on the community school model concluded that every single dollar invested in the RC returned approximately $7.11 in benefits to the community school. And this calculation does not include benefits from so-called "intangibles," that is, benefits that cannot be monetized. Examples include increased family engagement, increased integration, increased understanding of the community school model among school staff, the collecting and utilization of data to guide programs, and positive media coverage.

**The Department's Non-Continuation of FSCS Grants and the Effect on AFT Members**

20. On December 12, 2025, the Department of Education began sending letters to FSCS grantees non-continuing grants effective immediately. Based on information AFT has received

from affiliates, approximately 18 FSCS grants were non-continued across 10 states and the District of Columbia, totaling more than $50,000,000 in annual funds, including tens of millions impacting AFT members and affiliates.

21.     AFT, AFT affiliate local unions, and AFT members are directly impacted by a number of programs supported by the FSCS grant program, and will suffer considerable harm if the Department of Education non-continues the operation of those programs. The FSCS grant program supports the planning, implementation, and operation of full-service community schools that improve the coordination, integration, accessibility, and effectiveness of services for children and families, particularly for children attending high-poverty schools, including high-poverty rural schools.

22.     Grants that benefit AFT's members were non-continued across the country. Two five-year grants providing more than $18 million per year to serve schools in metropolitan Chicago and rural Illinois counties were non-continued after two years of their five-year terms. Another five-year grant in Illinois providing around $2.8 million per year to serve schools in northern Chicagoland was non-continued after two years. In Kentucky, a five-year grant providing around $10 million per year to serve schools across the state was non-continued after three years. In Maryland, a five-year grant providing around $400,000 per year to serve Baltimore schools was non-continued after three years. In North Carolina, a five-year grant providing approximately $10 million per year was non-continued after two years. And in the District of Columbia, two five-year grants each providing around $500,000 per year to serve local schools were non-continued after two and three years, respectively.

23.     Temporary agreements with the Department of Education allowed grantees in the District of Columbia, Maryland, and North Carolina to use carryover funds (if any existed) from

10

their December 2024 grant disbursements for their FSCS projects through September 30, 2026. A similar agreement allowed Metropolitan Family Services in Illinois to use carryover funds through the end of the school year. This time-limited permission may have temporarily blunted the impact of the non-continuation decisions on AFT members in these jurisdictions, but after the expiration of those agreements, however, there is no ongoing funding in these jurisdictions and AFT members are at risk of imminent harm. Permission to use carryover funds was specifically denied to Paterson Public Schools, the Prichard Committee, and Sodus Central School District.

24.    The Department of Education did not engage in notice-and-comment rulemaking before establishing new priorities and using those new priorities to non-continue FSCS grants. If it had done so, AFT would have provided input during the public comment process to express its concern with the imposition of those new priorities and to highlight the damaging effects of non-continuation on AFT's members and the students, schools, and communities the grants support.

WASHINGTON, D.C.
August 11, 2026

_____
Daniel J. McNeil

11