**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, et al.,

      Plaintiffs,

     v.

LINDA MCMAHON,
Secretary of Education, et al.,

      Defendants.

Civil Action No. 25-4523 (SLS)

**DECLARATION OF ADRIANE E.L. DORRINGTON**

I, Adriane E.L. Dorrington, declare pursuant to 28 U.S.C. § 1746 that the following is true and

correct:

     1.     I am above the age of 18, of sound mind, and competent to testify to the matters

described below. This declaration is based on my personal knowledge, records and knowledge

collected in the ordinary course of business, and publicly available records. If called as a witness,

I could and would testify competently to the matters set forth below.

     2.     I am Program Manager of the Innovation and Transformation Team in the Center

for Professional Excellence and Student Learning (CPESL) at the National Education Association

(NEA). I am authorized to provide this declaration on behalf of NEA, which is a plaintiff in the

above-captioned lawsuit.

     3.     CPESL aims to advance educator practice and improve student outcomes through

the development and implementation of programs, resources, partnerships, and policies that

support educators at every stage of their careers—from aspiring educators and early-career

professionals to accomplished teacher leaders and education support professionals. CPESL

consists of multiple departments and divisions. I manage the Innovation and Transformation Team, which leads CPESL's community schools work.

### NEA's Commitment to Supporting Community Schools

4.      NEA is the nation's oldest and largest education union, representing nearly 3 million members who work at every level of education – from pre-school to university graduate programs. Our members include aspiring educators, K-12 classroom teachers, education support professionals, school counselors, school psychologists, and other professional support personnel, as well as higher education faculty and staff, who engage in a variety of educational activities both inside and outside of the classroom.

5.      NEA has statewide affiliates in every state and approximately 14,000 local affiliates in communities across the United States. NEA's Constitution and Bylaws provide for unified membership in NEA, meaning that to become an NEA member, individuals must also join their local and state affiliate. Consequently, NEA members are also members of their state and local affiliate.

6.      NEA was founded in 1857 to advocate for education professionals and to unite our members and the nation to fulfill the promise of public education to prepare every student to succeed in a diverse and interdependent world. NEA recognizes that partnerships with families, communities, and other stakeholders are essential to quality public education and student success.

7.      NEA is a democratically governed union. Our highest governing body is the NEA Representative Assembly, which consists of thousands of duly elected delegates who meet annually to approve NEA's budget; elect NEA's officers; adopt and amend NEA's Constitution, Bylaws, Resolutions, Standing Rules, and Policy Statements setting forth NEA's positions on various issues; and chart the course of the organization for the coming year.

8.      NEA's overall goals, as adopted by the duly elected delegates to the NEA Representative Assembly, are set forth in the Preamble to the NEA Constitution, and include that NEA will "advance the cause of public education for all individuals," "promote the health and welfare of children and/or students," and "protect the rights of educational and other public employees and advance their interests and welfare." Consistent with those aims, in 2018, the Representative Assembly adopted a Policy Statement that "supports the use of the community schools model in public schools where local staff and community are supportive." The Policy Statement recognizes that "[p]ublic community schools are both places and partnerships that bring together the school and community to provide a rigorous and engaging academic experience for students, enrichment activities to help students see positive futures, and services designed to remove barriers to learning."

9.      Community schools provide coordinated and integrated wraparound community support services that benefit students, schools, and educators. Students often come to school with challenges that impact their ability to learn, explore, and develop in the classroom. Recognizing that learning does not happen in isolation, community schools seek to address these challenges by providing meals, health care, mental health counseling, and other services before, during, and after school. Because family partnerships and community connections are critical to a thriving community school, support services and referrals to external resources are typically available for families and other community members.

10.      A growing body of rigorous research demonstrates that well-implemented community schools improve both academic and non-academic student outcomes. Across multiple states and evaluation designs, community schools have been associated with improved academic achievement, increased attendance, reduced chronic absenteeism, fewer suspensions, stronger

school climate, increased graduation rates, and greater family engagement. These improvements are often most pronounced for students who have historically faced the greatest educational barriers.

11. The community schools model also directly benefits educators. When students arrive in the classroom with their non-academic needs met, educators can focus on teaching and student learning instead of taking on additional administrative work to try to support their students or even using their own resources to provide necessities like food, clothing, and school supplies. Community schools also give educators opportunities to participate in shared leadership structures, offering educators more agency in shaping their school environments. Further, educators in community schools frequently receive professional development, training, and other supports to improve their instruction and implement a community-based teaching approach.

12. NEA supports adoption of the community schools model in school districts across the nation through CPESL and the Innovation and Transformation Team. Our work on community schools includes providing professional learning opportunities, technical assistance, and capacity-building support to state and local affiliates, school districts, and educator leaders across the country seeking to adopt and implementing the community schools model.

13. In 2018, NEA launched a Community Schools Implementation Institute, which drives much of NEA's community schools support. The Institute serves as a centralized hub of training, resources, and support to advance best practices in community school implementation. It is one of the nation's premier professional learning experiences for community school practitioners, convening district and school teams to build the knowledge, leadership, and implementation capacity needed to develop sustainable, high-quality community schools. Grounded in NEA's evidence-based community schools framework and curriculum, the Institute

emphasizes deep grassroots engagement, community-based teaching and learning, and collaborative leadership.

14. Beyond the Institute, NEA also supports a growing national network of educators, unions, and community partners through coaching, implementation tools, research dissemination, policy advocacy, and state-based technical assistance related to community schools. NEA has partnered with affiliates and districts in dozens of states to strengthen local implementation, develop educator leadership, and scale high-quality community school practices.

**The Full-Service Community Schools Grant Program**

15. Over the years, schools and districts participating in NEA's Community Schools Implementation Institute have received federal funding for their community schools work through the Full-Service Community Schools (FSCS) grant program. The Elementary and Secondary Education Act, as reauthorized in 2015 by the Every Student Succeeds Act, created the FSCS program, administered by the U.S. Department of Education, to support the planning, implementation, and operation of full-service community schools. The grants' purpose is to improve coordination and integration, accessibility, and effectiveness of services for children and families, especially for children attending high-poverty schools.

16. Thousands of NEA members work in school districts that have benefited from FSCS grant funding. These awards provide critical support to students and educators that they otherwise would not receive, such as food distribution, after-school and summer enrichment programming, school and basic necessity supply closets, language support, tutoring, mentoring, and much more.

17. FSCS grants also frequently allow districts and partners to employ community school coordinators and other staff to assist in the implementation of community school services.

These individuals typically are the anchor for the community school and build relationships with staff, parents, administrators, external partners, and the community to best meet the needs and goals of the schools and create strategies to overcome boundaries and create opportunities for students and educators. Coordinators frequently conduct student and family outreach, follow up on referrals from educators and other school staff, identify resources that can offer support, and connect students and families to those resources. It is through the work of coordinators that community schools leverage resources and partnerships to meet students' and families' needs. Coordinators also alleviate the burden on educators of triaging students' non-academic needs, with the effects of reducing educators' workload and allowing them to focus on student engagement and learning.

**Effects of the Department of Education's Non-continuation of FSCS Grants on NEA Members**

18.     On December 12, 2025, the Department of Education non-continued a number of open FSCS grants, effective December 31, 2025. Based on information NEA has received from affiliates, approximately 18 FSCS grants were canceled across 10 states and the District of Columbia, totaling more than $50,000,000 in funds that would have been distributed to the corresponding grantees for 2026.  Non-continued status also precludes annual distribution of these funds in the remaining years (2027 and 2028) of the current FSCS grant periods.

19.     The non-continued grants included several awards that directly benefited NEA members across the country. The loss of this critical funding has caused cuts to personnel and vital services for students such as food distributions, after-school and summer enrichment programs, school and basic necessity supply closets, and mental health and behavioral supports. As a result, NEA members face harms including loss of grant-funded positions and compensation; increased

workload, as they seek to fill the gaps left by the termination of grant-funded programs and services; and increased stress, as they lose access to community schools coordinators and other staff that typically provide resources, guidance, and assistance to educators.

20. For example, in Illinois, NEA represents (through its local affiliate Unit Five Education Association) approximately 1,000 certified educators in the McLean County Unit Five School District (Unit 5) and another 145 certified educators (through its local affiliate the Herrin Education Association) in Herrin Community Unit School District No. 4. Both districts were receiving funding through two five-year FSCS state-scaling grants awarded to Metropolitan Family Services, which were non-continued in December 2025. My understanding is that, due to an agreement reached in litigation involving Metropolitan Family Services and ACT Now, recipients of FSCS funds in those jurisdictions had access to a limited amount of carryover funds for their FSCS projects through the end of the school year. That agreement temporarily blunted some (not all) of the impact of the non-continuation decisions on NEA members in these jurisdictions. However, access to carryover funding has ceased. The full impact of the loss of funding will be clearer as the 2026 school year begins, leaving NEA members at risk of imminent harm.

21. In Unit Five, FSCS grant funds allowed the district to expand after-school enrichment programming at Fairview Elementary School and Cedar Ridge Elementary School. The after-school programs at these two schools were primarily facilitated by NEA members, who were paid for their additional work through grant funds, and attended by about 200 students, many of whom relied on grant-funded transportation home to participate. The loss of grant funding meant Unit Five could no longer provide transportation or fully compensate NEA members, such as Sophia Bill who facilitated after-school programs, requiring cuts that reduced students' access to

programming. In addition, the FSCS grant funded specific trauma-informed professional development to equip NEA members to support students, which was eliminated when the grant was non-continued.

22.    Similarly, Herrin Community Unit School District No. 4 used FSCS grant funding to introduce community schools programming like sponsoring community events, providing school supplies, and summer enrichment programs. The summer enrichment programs were two or three-week courses on topics outside of the academic year curriculum. NEA members received a grant-funded stipend to develop and run these courses. NEA members in Herrin have also benefited from the services of outreach workers employed by the district with grant funding to liaise with students and families and connect them to external resources, among other functions. Without continued grant funding, NEA members may lose access to support from the grant-funded outreach workers, who have quickly become vital, trusted resources in the schools they serve. The Herrin Education Association expects members would have to take on additional work to fill this gap.

23.    Likewise, 425 NEA members in the West Sacramento Teachers Association work as educators in the Washington Unified School District, located in West Sacramento, California. In 2022, the United Way of California Capital Region received a five-year FSCS grant to implement full-service community schools in the school district, including at schools like River City High School and Riverbank Elementary School, where approximately 150 NEA members work. The grant supported after-school programming and extracurricular activities; academic, tutoring, and mental health support; and community partnerships to provide access to vaccines, eye exams, dental cleanings, food banks, and community supply closets, among other services. Non-continuation of the award in December 2025 required United Way Capital Region to end its

implementation of the community schools program in Washington Unified School District. As a result, food banks and supply closets at the district's community schools were forced to shut down and the district has had to end other grant-funded opportunities like educational field trips, paid peer tutoring, and student mental health supports provided through contracts with local colleges.

24.     In addition, the loss of funding forced the district to immediately cut a bargaining-unit restorative justice coordinator position at Riverbank Elementary School. The NEA member in that role was reassigned to a new position as an English teacher, significantly changing their responsibilities and daily working conditions midway through the school year. This cut has required other NEA members to take on additional work that had been performed by the coordinator, such as conducting individual outreach to students with non-academic needs, researching potential resources, and connecting students with those resources. The increased workload has increased members' stress and mental health burdens. Members have also used their own personal funds to buy menstrual products, snacks, and other necessities that used to be provided by FSCS-funded food banks and community supply closets.

25.     The non-continuation of FSCS grants has similarly affected NEA members benefiting from other grants. A non-exhaustive list of impacted affiliates and members includes the following:

      a.  Over 700 NEA members benefited from two non-continued FSCS grants that supported schools in Paterson and Passaic, New Jersey. More than 500 members across Paterson Public Schools work at Public School No. 10, Joseph A. Taub School, Eastside High School, International High School, Alonzo "Tambua" Moody Academy, and Public School No. 16. An additional 200 members in the Passaic Public Schools work at Dr. Martin Luther King, Jr. School No. 6 and

Passaic High School. The grant awards funded a coordinated, school-embedded continuum of services at each of these schools, including school-based health clinics, integrated behavioral-health services, extended-day and after-school academic programming, family engagement, tutoring, mentoring, and college- and career-readiness supports. These services have been directly responsible for substantial, widespread improvements to student achievement. In addition, grant funding was used to expand mindfulness, professional development programming, and advanced course options for NEA members in Paterson. As a result of the non-continuation of funding, the district has had to reduce or eliminate many of these offerings.

b. More than 1,100 NEA members work in school districts in Wayne County, New York, where some schools were benefiting from a now-non-continued FSCS grant for the Wayne County Community Schools Program, including Sodus Central School District (CSD), Lyons CSD, Marion CSD, Red Creek CSD, Clyde-Savannah CSD, Palmyra Macedon CSD, and Williamson CSD. FSCS funding supported extracurricular programming, like after-school and summer programs, art and theater programs, and work internship programs, and vital services like nutritional support, food, mental health resources, and early childhood screenings in sixteen schools across these high-need, rural districts. Non-continuation of the grant has required Wayne County Community Schools to scale back its services, for example, by cutting in-school community service coordinators and other positions in Sodus, Lyons, Newark, and Williamson CSDs. The loss of personnel

10

and programs shifts burdens onto NEA members in the impacted districts to address nonacademic barriers to student success and engagement.

c.  Over 7,000 NEA members are employed in Kentucky districts where some schools were benefiting from a non-continued FSCS grant awarded to the Prichard Committee, including Jefferson County Public Schools, Owensboro Independent School District, Rowan County Public Schools, and Fayette County Public Schools. The FSCS grant supported two high-needs schools in Fayette County, where it paid for after-school programming, enrichment activities, special education, professional development, and other services that were not available prior to the grant award. When the award was non-continued, these initiatives immediately stopped, leaving NEA members without critical supports, such as access to grant-funded adaptive equipment for students with special needs in their classrooms.

d.  More than 2,600 NEA members work in California's Oakland Unified School District, where a non-continued FSCS grant awarded to Oakland Promise was supporting community school services, and benefiting at least 28 NEA members, at East Oakland Pride Elementary School, Elmhurst United Middle School, and Castlemont High School. This FSCS grant supported services for more than 1,700 students, including funding to provide group-based mental health services, social-skills groups, early intervention supports for young children, math literacy services, family engagement programming, campus violence prevention, visual arts instruction, college preparation, and work-based learning internships. Cuts resulting from the loss of this funding have deprived NEA members of key resources and supports in their work and undermined gains in student achievement.

11

26.     The abrupt non-continuation of these successful grant programs for arbitrary and unlawful reasons has caused enormous damage to our members and the students and communities they serve. Had the Department engaged in the notice and comment process before changing the priorities for the FSCS program, NEA would have commented to explain the benefits these programs have and the harm that removing their funding would cause.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on __8/11/2026__ in Washington, D.C.

Adriane E.L. Dorrington