**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |
|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*, |
| Plaintiffs, |
| v. |
| LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, *et al.*, |
| Defendants. |

**Civil Case No. 1:25-cv-04523**

**DECLARATION OF SOPHIA BILL**

I, Sophia Bill, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.      I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2.      I am a member of the National Education Association (NEA).

3.      I became a member of the NEA in 2025. I am also a member of the Unit Five Education Association and the Illinois Education Association, which are NEA affiliates.

4.      I am employed at Fairview Elementary School in Normal, Illinois as a kindergarten teacher. I also help facilitate the STEAM (Science, Technology, Engineering, Arts, and Mathematics) Club, an after-school program for students at Fairview Elementary School. I have worked at Fairview Elementary as an educator since 2025.

1

5.     My work has been supported by the Full-Service Community Schools (FSCS) grant program, specifically grants provided to Metropolitan Family Services.

6.     FSCS grant funding has supported me in my role as an after-school educator by paying for expenses of the STEAM Club. In the past, the STEAM Club program has provided seven-week sessions of educational programming for students in different grade cohorts. In one lesson, we helped kids learn how to use Morse code. In another lesson, we taught kids how to make their own circuits. It is a popular program, and sessions often have 30 to 35 enrolled students.

7.     FSCS funds were used to pay me and one other teacher who ran the STEAM Club. It also paid for transportation home for students.

8.     FSCS funds were also used to pay for an enrichment coordinator who supported teachers at Fairview Elementary School, including me. She brought in after-school clubs, tutoring, and other enrichment activities. When I took the kindergarten classes to the zoo, the enrichment coordinator booked us a bus, organized lunches, and handled all contact with the zoo—things I would not have known how to do as a first-year educator.

9.     The enrichment coordinator also made our day-to-day lives easier in the classroom. For instance, if one of my kids needed to take a sensory break away from the classroom, the enrichment coordinator would be there instantly to help. The enrichment coordinator carried a lot of stress so that teachers like myself did not have to.

10.     FSCS funding also supported a family coordinator. The family coordinator runs social and academic intervention groups for kids to learn how to work through their emotions and apply that to being a successful student. She runs laundry events where families can sign up to have their laundry done for free. She also does outreach to families and community partners, and

she coordinates school supplies for staff and families. She provides the necessary needs for families, including food, clothing, and sometimes transportation to doctors' appointments or school.

11.    The family coordinator stocks a food pantry at the school and hosts time slots for families to come in—even over the summer. A good number of the students at Fairview Elementary School are low-income, so this food pantry is a critical resource, and our community relies heavily on it. Last year, one of my students looked severely malnourished. I got in touch with the student's mother and let her know about the food pantry at the school, including the possibility of getting weekly food bags with nonperishable foods, like peanut butter. After the mom started making use of the pantry, the kid gained weight and was healthier and happier.

12.    I first learned that FSCS funding was non-continued in December of 2025. We were told in a staff meeting on our last day before winter break. Teachers were confused, many were frustrated and upset, and we all had to say goodbye to a staff member, our enrichment coordinator, who we knew and loved. The following months provided a lot of stress with figuring out how we were going to be able to keep the remaining two community school staff members, fund summer school, and continue our very popular after-school programming.

13.    Without FSCS funding, I saw a 100% change in how the STEAM Club program operated. We were forced to condense the program from seven-week sessions to four-week sessions. Because there was no longer money to fund transportation from the program, many students were forced to drop out. In a session for fourth and fifth graders last spring, we had only 16 kids participate. Previously, attendance levels could be much higher.

3

14.     STEAM Club teachers like myself also were forced to accept a substantial pay cut because of the lack of FSCS funds. Previously, I received about $300 on my paycheck for a seven-week session with the STEAM Club. After the non-continuation decision, I took home only about $130 for a four-week session. I agreed to continue teaching in the program because  I did not want to rob kids of an important experience. But for a first-year teacher, that drop in compensation for those hours was significant and my commitment to the STEAM Club prevented me from picking up any other casual work. The drop put me in a tight spot financially.

15.     Because of the loss of FSCS funding, the future of the STEAM Club program is up in the air. I would love to continue teaching in the program. But I do not know if I would be getting paid, and it is undecided whether or how the program will continue.

16.     Because of the loss of FSCS funding, we also lost our enrichment coordinator last June. Because she provided important support in and out of the classroom, that loss will make it harder for me to do my job effectively.

17.     We were able to retain the family coordinator through December 2026, but I am unsure, at this time, if she will be able to stay on through the rest of the school year. It is also uncertain what will happen with the food pantry or the free laundry service. In our low-income community, these supports are a necessity.

18.     All of the teachers at the school are very upset about this change. FSCS funding did more for our school than anything else could ever do. We had many events throughout the school year that would not have been possible without its support. It is hard for me to think about what will happen now. I cannot see our school thriving without this funding.

4

August 9, 2026

_Sophia A. Bill_
Sophia Bill