IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, *et al.*,

    Plaintiffs,

 v.

LINDA MCMAHON, in her official capacity
as Secretary of the United States Department of
Education, *et al.*,

    Defendants.

Civil Case No. 1:25-cv-04523

**DECLARATION OF DR. AMBER BRADLEY**

I, Amber Bradley, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am a member of the National Education Association (NEA).

3. I became a member of NEA when I first started teaching in 2014. I am also a member of the West Sacramento Teachers Association (WSTA), which is a chartered chapter of the California Teachers Association and an affiliate local association of the NEA. I serve on the executive board and as the community schools chair of the WSTA.

1

My Work as an Educator

4.      I am a social science teacher and the Social Science Chair at River City High School in the Washington Unified School District of West Sacramento, California. I have been an educator for 14 years, 10 of which have been in the Washington Unified School District.

5.      I currently teach government to 12th graders. My main goal as an educator is to improve democracy by teaching my students how to engage with local government.

6.      Until recently, my work was supported by the Full-Service Community Schools (FSCS) program. Specifically, it was supported by the five-year grant provided to United Way California Capital Region in 2022 for a total of $2,488,988 to implement Full-Service Community Schools within the Washington Unified School District. The grant supported four community schools in Washington Unified School District, including River City High School.

7.      With support from the FSCS program, River City High School became a hub for the entire community. The FSCS grant provided academic and health support as well as after school programming and extracurricular activities.

8.      The grant paid for a Community Schools Coordinator at River City High School. The Community Schools Coordinator was in charge of connecting the school to organizations in the area that were willing to help out. The Community Schools Coordinator also conducted home visits for students with high absentee rates, and was the first person for teachers to go to if they needed help.

9.      The Community Schools Coordinator helped set up community partnerships with health care providers to enable a mobile vaccination van to come to the school and make sure that students were up to date on their vaccines. She also set up a partnership with a vision provider to

provide free eye exams to students and give glasses to students in need. Additionally, dental organizations partnered with the school to teach students about dental hygiene and conduct regular dental cleanings for students.

10. FSCS funds were used to set up a partnership with a local food bank to feed families. At River City High School, we had a food pantry that fed about 500 families a month.

11. FSCS funds also helped stock a supply closet at the school that provided basic essentials like school supplies, clothing, shampoo, conditioner, and menstrual products to students in need. Before each school year, we would also provide backpacks and haircuts to students who needed them.

12. FSCS funds also supported extracurricular activities for students and educators at the school. One teacher used funds to bring her AP African American History class on a field trip to the Sojourner Truth African Heritage Museum. The band teacher used FSCS funds to start a mariachi club, and the school used FSCS funds to put on a Día de Muertos celebration.

13. I used FSCS funds to pay for the bus to take my students to the Youth Empowerment Summit at the University of California, Davis (UC Davis) every year. At the summit, my students would get to talk to local politicians and members of government.

14. The FSCS grant also funded mental health support at River City High School, in partnership with UC Davis. Since River City High School only has one social worker and one school psychologist to cover over 2,000 students, we partnered with UC Davis so that more of our students could receive mental health treatment. Students at UC Davis would gain experience treating patients, and in return, the high school students received mental health support.

15.     The FSCS grant funded the Restorative Justice Coordinator position at Riverbank Elementary to intervene in disciplinary issues so that students would not be suspended. The person who served in the Restorative Justice Coordinator position, Victor Small Jr., is an NEA member.

The Impact of the Defendants' Action

16.     The FSCS grant funding for the Washington Unified School District ended in December 2025.

17.     The non-continuation of funds resulted in the termination of federal support for the Full-Service Community Schools program in the district. Since River City High School's community schools program relied entirely on federal funds, not state funds, the non-continuation of FSCS funding meant that it could no longer be a community school. As a result, many services and programs at River City High School are being forced to shut down.

18.     With the loss of FSCS funding, River City had to cut its Community Schools Coordinator position. Without that position, the work that that person performed will no longer be possible. For example, students will no longer benefit from the vaccine or dentistry partnerships that the Community Schools Coordinator facilitated.

19.     Without FSCS funding, the River City High School food bank will be forced to shut down, which will lead to 500 families losing access to food each month. The school's supply closet will also be forced to shut down. Students will not be able to learn and perform in school if they are hungry and do not have access to basic supplies.

20.     The news of the loss of funds has caused the teachers at River City High School great distress because they know what the loss means for their students. They also know that they will have to take on more work and carry the load previously carried by the grant. Teachers will

4

have to use their own funds to buy food, school supplies, and hygiene items for their students. Teachers will also have to spend time after school conducting individual outreach to students and their families to help connect them to resources.

21. I personally have paid for food, menstrual products, and other supplies for students in my classroom. Without support from the FSCS program, I will be forced to pay for more of these materials out of my own pocket so that my students do not fall behind.

22. River City High School will also no longer be able to afford extracurricular opportunities and enrichment activities for its students. Students will no longer be able to go on educational field trips, and I will not be able to take my students to the Youth Empowerment Summit in the upcoming school year. Buses are $500 to $1000 for a field trip, so it is a big expense that I cannot cover on my own.

23. Without FSCS funding, River City High School will be unable to provide mental health support for its students. The district was immediately forced to cut the Restorative Justice Coordinator position and reassign the NEA member who served in that role, Victor Small Jr., to a new role as an English teacher midway through the school year. Although this member continues to be employed by the school district, his new position is not what he was hired to do or the role he wanted to perform. And it is not the role his school truly needs most.

24. FSCS programming helps families in ways that keep older students in school. Without access to those FSCS resources, attendance rates will drop. My students are seniors, and many will choose to work to support their family instead of coming to school. This will make it harder to do my job. When students miss class, they fall behind and I have to spend more time catching them up. As a result, this stalls the progress of all students. When students are not

performing, it falls back on teachers. Students' mental health struggles become teacher struggles, and this leads to teacher burnout and teacher stress.

August 5, 2026

Amber Bradley

Amber Bradley