**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, *et. al.*, <br><br> Defendants. |

Civil Case No. 25-cv-4523

**DECLARATION OF DAVID CORREA**

I, David Correa, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am a member of the Oakland Education Association (OEA) which is an affiliate of the National Education Association, the Alameda Labor Council, and the California Teachers Association. I was also recently elected to the Executive Board of the OEA— Seat Eight.

3. I became a member of OEA in 2011. OEA represents almost 3,000 teachers, counselors, nurses, librarians, social workers, and substitute teachers in the Oakland

1

Unified School District. OEA and its members are committed to advocating for quality public education for all of Oakland's children.

## My Work as an Educator

4. I am employed at Castlemont High School in Oakland, California as an Algebra II teacher, where most of my students are in eleventh grade. I just completed my first year at Castlemont in School year 2025–2026, but I have been teaching in the same school district, Oakland Unified School District, for fourteen years. Before I came to Castlemont, I was working as a substitute teacher in the Oakland Unified School District. And before that, I taught middle school math for ten years.

5. My goal as an educator is to help break down barriers and help students succeed in and out of the classroom. My primary role is to teach the students algebra and ensure that the students are mastering the concepts presented to them. Beyond teaching math, I also try to help students find their direction and what their "thing" is—whether it be sports, a club, reading, or a job outside of school. I want my kids, my students, to be productive and believe that they have a place in this country, and that people in our country care about them.

6. Castlemont is an Oakland Promise School, and my work was supported by the Full-Service Community School Grant provided to Oakland Promise.

7. The grant funded the Oakland Promise Program, which helps bring in more support services and programming to the academic environment. Oakland Promise builds

2

pathways to college and economic mobility. Based on my knowledge of the program, and reviewing Oakland Promise materials, I understand that the programming includes translation services for students during class, job training, violence prevention, college preparation, and work-based learning internships. Students can also meet with case managers that help coach them through the social aspects of how to act at school.

The Impact of the Defendants' Action

8.    Around Christmas, I became aware that something was happening to funding for programs in my school. I saw in the local news that the violence prevention counselors at Castlemont were being cut. Then, this past spring, I learned from a fellow union member that FSCS funding was not continuing.

9.    We are as high need as it gets at Castlemont, so without this grant, the burden to provide for students falls on teachers like myself. Outside of school, the kids do not have a lot going on. Normal school hours are 8:30–3:35, but we have kids who are at school from 8:00–6:00 every day. This is because the kids do not have good homes and so they rely on school for their social life, meals, and education.

10.    In my time teaching in the Oakland Unified School District, I have found that there is an increased need for extracurricular programs. East Oakland is not the safest place, and there are many things that can go wrong for these kids. They have parents who work the entire day, and do not have as much time to spend with the kids, so after-school

3

programming is vitally important. Any cuts to these programs, when there is already such a high need, makes things incredibly difficult.

11.    I see a correlation between interest in school and the enrichment programs. Sometimes a kid's thing is the afterschool program. School is more than just academics. Kids can't get enrichment programs everywhere, and many of the parents do not have the ability to provide enrichment programming. So it is important for my job that the kids can do those things to get in my classroom.

12.    Cutting programming or reducing its effectiveness makes it much harder for me to teach the students math. I have found that when students find their niche outside of school, it helps them to focus better inside of school. My class is required to graduate, and I know that not everyone loves math. But when a student finds meaning in a hobby, sport, or other activity, it helps keep them motivated, which in turn, results in better outcomes in my classroom.

13.    As teachers, we spend a lot of time trying to engage the parents in the college conversation. We do conferences every year with parents where we help make plans for success and educate parents on how they can best support their students. A lot of the time, we have to use interpreters in order to communicate with the parents. Most of the parents have not been through college, and they depend on us teachers to help provide a better life for their children. Cutting programming that helps teachers communicate with parents, makes this process less effective and does a disservice to the whole community.

4

The kids don't have a lot already. Parents rely on schools to make their kids better, and to give them a better life.

14.    I also know that cutting college preparation services has an effect on student achievement and engagement in my class: students are less likely to apply themselves in my classroom. Many of my students' parents never went to college, and the parents do not have the understanding of what the system is and how to navigate it. The funding provided by the FSCS grant helped bridge that gap. I need my kids to realize that they must graduate and go to college so they can be successful in life. With these funding cuts, it makes it much harder for me to do that.

15.    At Castlemont we are struggling in a lot of areas to meet the needs of students. It is a marathon and it is never ending. My job will certainly be harder without this grant - requiring me to put in extra hours out of my own free time. Many of my students really need school because it is all they have. If we don't provide the students with services, they will not get them.

[DATE] 8/7/2026                          David Correa

5