**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, *et. al.*,<br><br>Defendants. | **Civil Case No. 25-cv-4523** |

**DECLARATION OF CAITLIN SHEEHAN**

I, Caitlin Sheehan, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am a member of the American Federation of Teachers, Chicago Teachers Union.

3. I became a member of the American Federation of Teachers, Chicago Teachers Union in 2014. I have been a union delegate for my school since 2019.

My Work as an Educator

4. I am employed at Dewitt Clinton Elementary in Chicago as a first grade teacher. I began teaching at Dewitt in 2014, first as an ESL teacher and then as a second grade teacher, before transitioning to first grade in 2025.

1

5.      I think of education as a means of liberation. All children intuitively have curiosity and want to learn. I want to help students retain that innate drive to learn for as long as possible.

6.      In my job I formally teach all subjects, reading, writing, math, social studies, and science. My job is also to teach my children the foundations of learning, social skills, how to work well with others, and how to be responsible for themselves in different settings.

7.      My work is supported by the Full-Service Community School Grant program provided to Metropolitan Family Services. The 2025 school year was the first year the grant program was supporting programming in my school.

8.      The grant funded three full time positions, including a resource coordinator, a parent engagement coordinator, and a restorative justice coordinator.

9.      The population of our school is high-need, with many students having experienced trauma outside the school environment. FSCS funds helped connect those students and their families to resources. As a result, there was higher attendance and less misconduct school wide. Academic outcomes also improved.

10.      The grant also supported afterschool programming. The programming that was offered was really exciting for the kids. It was an alternative to just going home after school. It helped working parents have a safe space for their children to go. Students that struggle in a classroom setting, really thrived in the after school program. For example, there was one student, in a STEM after school program that brought in staff and high school students, who really thrived by having the ability to work with the older students.

11.      The parent engagement coordinator was doing a lot of work to try and empower parent leaders at the school, and use the people who are the most active to bring in more parents.

That is especially challenging at a school like mine, as parents do not always know the role they can play at the school.

The Impact of the Defendants' Action

12.    During winter break last year, I became aware that the grant was being non-continued. We were worried about immediate impacts and layoffs, leading to a lot of uncertainty at the school.

13.    Due to the uncertainty around funding, the parent engagement coordinator left. The coordinator had put into place a Parent Empowerment Series, which was a set of workshops to help parents develop skills. For example, at the beginning of the year, there was programming about early literacy in order to help parents develop skills and knowledge to assist their students. The coordinator also planned monthly workshops, called Parent Cafes, as a complement to the series, where parents can reflect on what they learned. This programming ended in December, when the grant was non-continued. The efforts that the parent engagement coordinator had put into place planning future programming and expansion was essentially wasted.

14.    This was a huge loss for our school. Engaged parents can help reinforce what their students are learning in school. Engaged parents come into the building more, letting children see themselves reflected in the school. Engaged parents also help their kids see that school is an important place and a place that they belong. Losing the parent engagement coordinator has harmed our school's ability to foster engaged parents and parent leaders.

15.    The uncertainty around funding also affected the work that our resource coordinator was able to do. Our programming is run in three sessions: fall, winter, and spring. Due to the last minute non-continuation, we did not know if there would be any funding for the spring session.

The resource coordinator was not able to solicit staffing and other resources until the last minute, and while some programming was together, it was less robust than it had been previously.

16. Similarly, our summer programming was adversely affected. We have had summer programming at the school through various prior community school grants. This year, we were not able to run very popular and fun programs we had in the past, like a gardening class, STEM programming, and experiential programming involving field trips.

17. The loss of the summer experiences is incredibly disappointing to my students. Within Chicago, many of the students never leave their neighborhoods, the summer programs and getting them out to see more of the City – Lake Michigan and its beach, museums, etc. – has a huge impact on them. We are in a vibrant cultural city, and many students never get to see that. That exposure is really valuable to them, as the kids at our school do not have those same experiences that you may expect other children to have. Even simple trips, like a trip to the aquarium, the students will talk about for months. For example, one of my students this year kept talking about the summer field trips and activities they did over in the summer of 2024. The students did not get that opportunity this year due to the non-continuation.

18. All of these losses impact my teaching and my job. The kids I work with learn so much more by experiencing something themselves than reading about it. More experiences like that give kids a boost, and experiences to connect their learning to throughout the year makes a big difference in what I am able to accomplish.

19. Moreover, without services the grants were providing, I will need to spend more of my class time trying to reinforce learning and dealing with disciplinary issues. Outside of class time, I will need to spend more time trying to engage parents so that my students can be successful.

In general, kids function better in the classroom with this program's support, and without it,

teachers like me will take on additional burdens.


[DATE]

_____

Caitlin Sheehan