**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> **v.** <br><br> LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, *et. al.*, <br><br> Defendants. |

**Civil Case No. 25–cv-4523**

**DECLARATION OF NADIA CASSEUS TORNEY**

I, Nadia Casseus Torney, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.    I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2.    I am a member of the American Federation of Teachers.

3.    I became a member of the American Federation of Teachers, Washington DC Teachers Union (WTU Local 6) in 2010.

My Work as an Educator

4.    I am employed at Kimball Elementary School as an instructional coach in mathematics and science.

1

5. I have a doctorate in education leadership (Ed.D), a masters degree in special education, and an advanced certificate in mathematics for educators.

6. As an educator, I believe everyone can learn, and that it is our job as educators to find the entry point for every student.

7. In my job I support teachers with implementation of the curriculum by working with them to understand the curriculum, observing their teaching, and doing whatever else is needed to help them do their job better. This is my tenth year in this position. Before that, I taught for fifteen years as an elementary school teacher, primarily math and science.

8. My position is part of the academic leadership team, and I have responsibilities as part of that role, including participating in decision-making around curriculum and programming for my school. I am also responsible for schoolwide events in the school, and engage with parents to have them come to these events. For example, I help run events like curriculum nights for parents to help them to support their children academically, as well community meetings monthly to celebrate our students.

9. I also participate in support and intervention groups for students that are below grade level, as part of a multi-tiered strategy for support. Students will be in their classrooms for traditional instruction, if they need additional or varied support, they would then be assigned to interventions with a coach or interventionist and we will pull them out to give them targeted support. Tier 1 support is what everyone gets in the classroom, Tier 2 is a double dose in a smaller group. I have a caseload of children every year who are referred for Tier 2 by their teachers. I pull those students every day during the school day and work with them and their teacher on their gaps and areas they need to work on.

10. My work is supported by the Full-Service Community School Grant program, specifically the FSCS grant awarded to the District of Columbia Public Schools (DCPS) in 2023.

11. In 2023, I participated in the lead up to DCPS's application for FSCS funds. I was part of multiple focus group panels consisting of teachers and parents led by the principal and administration in terms of the needs of the school and what we would need to provide to help support our families and students.

12. We were thrilled when DCPS was selected for a grant, and excited to implement the programming. Once the grant was in place, one of the first things we were able to do was hire a family services coordinator, who became the essential person to funnel the additional programs that were funded by the grant. For example, that person helped establish a clothing closet where students could come for uniforms, and where parents could get free clothes for interviews. That person also helped facilitate the creation of a parent center, where parents can come for support and to use computers.

13. Through the grant we were also able to bring in partnerships to support academics and enrichment through afterschool programming.  These programs included a partnership with Eurekii, which supports math academic programming, and Little Lights, which runs afterschool enrichment programs. Little Lights, for example, provided enrichment activities, homework support, and dinner for the families, and stayed open later than the traditional aftercare program. They also offered transportation and would pick the children up to Kimball and bring them to their facilities. This program was especially beneficial for working families.

14. In general, the grant was essential in transforming the school into this community hub. The programs it supported enabled us to bring people into our building and to offer extended

3

programming beyond the traditional school day. It made it so that parents and families were coming in and out of our school, giving it the feeling of a community hub.

15. This grant was also very important for teachers. It allowed compensation for work that they did outside of school hours to support students. Teachers are often expected to do that without compensation. Being able to be compensated and show that their time is valuable sends a strong message to the profession that they are valued.

16. The grant was working in our school. It helped increase attendance at school and reduce chronic absenteeism. We also attribute increases in both our Math and ELA scores to support we in part received through the FSCS grant.

The Impact of the Defendants' Action

17. I became aware of the change in FSCS funding when I came back from school break and was in the position of planning our programming in the spring. When we were reviewing the budget, I realized the funds had dried up and that we had to make decisions about what was going to get funding.

18. An immediate effect of the loss in funding was that we had to limit the number of field trips we took in the Spring. These trips are very important for our students and allow them to take advantage of the wonderful opportunities we have in the D.C. area. Those opportunities were curtailed.

19. The loss also affected our summer programming, and we were not able to provide an alternative to summer school. The District selects summer school sites and pools students from a group of schools to go to that site. However, the parents in my school are used to coming over to our school, and when you tell them they have to go somewhere else, it makes it less accessible

4

to them. There are also neighborhood safety considerations, which create a barrier. Typically, we would try and offer something at our school that we would fund so we could offer something to our population, and we were not able to do that this year.

20.     As we are planning for this upcoming school year, there were several things that we have had to find separate funding for and many things for which we have not yet found funding for. We are in the position now of potentially losing valuable relationships. For example, the grant supported our after-school tutoring partnerships. As this is a Title I school, our students have a lot of academic gaps. Those programs were helpful in supporting them, particularly as they don't have support at home. We do not know if we will find funding for those programs.

21.     We also do not know if we can support our in-house after-school clubs. Our principal encourages teachers to do clubs with students. Many of the students are sedentary and live in neighborhoods without recreation facilities. To combat that, our school has worked hard to support school clubs, things like coding club, girls on the run, bakery club, and jewelry making club. Teachers would be able to do these clubs and the school was able to fund their time and materials. Those are not regular curricular line-items. We are not sure whether we will be able to support these programs this year given it is unclear where the money will come from.

22.     Clubs and after-school prograurneymming are a great carrot for students to come and stay in school. The clubs are things that the students chose that fit their interests. It helps with attendance and behavior - you can't be suspended and then get to do the programming, and so students will behave so that they can go to the clubs they like. The incentives were intrinsic in the value they brought to the school day. Without them, student attendance and engagement is put at risk.

23.     The loss of these programs will increase my workload. Part of my administrative job is to try and fill the gaps that open up due to the loss of programming. The loss of these funds means additional meetings, and additional time out of the school day where I am tasked with figuring out what to solve these problems.

24.     As an educator, I will also need to do additional work to help my students. I care for my students and want them to achieve.  If I know that they have gaps in their learning, I will try and find ways to fill those gaps. The programming we offered through the FSCS program helped fill those gaps. Without that programming, that will mean more extended days working with students, which takes away from my personal and family time. It will also take more of my time to reach out to families. This program was bringing families into the school. Prior to that, we had to go to people's homes and find them, which takes a lot of additional time.

25.     I also work directly with the students. Without the benefit of additional support being given to students, I do not see their achievement moving as quickly. When I was working with students that were in the provided programs, I could tell the difference. It is difficult for children to retain information. Having the other programming reinforcing that retention makes a big difference, and makes my job as an educator easier. Without it, it means I have to work harder, and the students may still achieve less.

26.     I have used my own money to supplement materials and food for my students when necessary. Without the resources provided by these programs, it will become necessary for me to spend more of my own funds again. We want to celebrate and recognize our students, we want to get supplies and materials to make it special for them. I make an annual budget for myself for

school items, so that I do not overspend my own funds. I am having to increase my budget for this year because I know we will not have all of the same resources as we had.

27.    Our students have responded to this programming, and we do not want to pull the rug out from under them. We will try to do everything we can to provide that for them. This inevitably will mean more of my time, more of my money, and more of my concentration will be spent there, than on what it would have been absent the funding being removed.


08/11/2026                              */s/Nadia Casseus Torney*
                                        Nadia Casseus Torney