**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, *et al.*,

          Plaintiffs,

    v.

LINDA MCMAHON, in her official capacity
as Secretary of the United States Department of
Education, *et. al.*,

          Defendants.

**Civil Case No. 25-cv-4523**

### DECLARATION OF KIESHA WILSON

I, Kiesha Wilson, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is

true and correct:

1.     I am over eighteen years old, of sound mind, and fully competent to make this

declaration. I also have personal knowledge of the factual statements contained herein.

2.     I have been a member of the Baltimore Teachers' Union, a local affiliate of the

American Federation of Teachers, for over 20 years.

### My Work as an Educator

3.     For the past 20 years, I have been employed as a teacher at Augusta Fells Savage

Institute of Visual Arts, a public high school in Baltimore, Maryland.

4.     At Augusta Fells, I currently serve as the Library Media Specialist, Computer Science Teacher, and Science Lead. In the past I have served as the Life Science teacher. I also serve on the School Family Council.

5.     The School Family Council helps identify and respond to the needs of students, families, and the surrounding community. Parents and other members of the school community bring needs and concerns to the Council, and the Council helps determine how school or community resources may be used to address them.

6.     Augusta Fells is located in Baltimore's 21217 ZIP Code, an area that has limited access to grocery stores, medical providers, reliable transportation, and other essential services. Many families in our school community face food insecurity, housing instability, utility shutoffs, and difficulty obtaining health care. Parents of Augusta Fells students often work multiple jobs but still face significant barriers to obtaining food, transportation, medical care, clothing, and other basic necessities. One hundred percent of Augusta Fells students qualify for free meals.

7.     My goal as an educator is to ensure that Augusta Fells students have access to the same educational materials, opportunities, knowledge, and support available to students in any other community. I believe that a student's ZIP Code or family income should not determine the quality of the education that student receives.

8.     I understand that the United States Department of Education awarded the University of Maryland, Baltimore ("UMB") a five-year Full-Service Community Schools grant in 2022. Based on my work at Augusta Fells and my service on its Full-Service Community Schools Committee, I understand that the grant supports or helps make possible important community school services and programming available to Augusta Fells students and families.

9.      Augusta Fells operates as a community school. In my experience, the community-school model helps address barriers outside the classroom that would otherwise prevent students from attending school, concentrating in class, and succeeding academically. Augusta Fells has a community-school coordinator who helps connect students and families with services and community partners.

10.     Community-school resources at Augusta Fells have been used to help families with urgent needs, including utility bills, school uniforms, food, transportation, clothing, menstrual products, and other basic necessities. Augusta Fells has provided students with access to a food pantry and meal support, including snacks and supper programs. Without that assistance, some students would not have reliable access to sufficient food.

11.     Augusta Fells also assists students with clothing. The school uses FSCS funding for facilities to wash students' clothes and a clothing closet through which students can obtain clothing, including clothing appropriate for job interviews.

12.     The community-school program has helped students obtain transportation to educational programs, college courses, and other activities. Transportation support is particularly important because many Augusta Fells families do not have access to a private vehicle and must rely on public transportation or other forms of transportation. Community-school resources have supported dual-enrollment opportunities, including transportation for students taking courses at colleges. Community-school resources have also supported after-school clubs, tutoring, test preparation, educational programming, books, author visits, and college- and career-readiness activities.

13.     The reduction or elimination of community-school services at Augusta Fells would have a disastrous effect on our students, families, staff, and surrounding community would be disastrous.

14.     A reduction in food assistance, snacks, supper programs, or pantry services means that Augusta Fells students would have less reliable access to food. Hungry students have a hard time concentrating, regulating their emotions, participating in class, and completing schoolwork. Reduction in transportation support means students could lose access to dual-enrollment courses, after-school programs, tutoring, college visits, and other educational opportunities.

15.     As a teacher, I recognize that students' ability to engage and succeed in the classroom can be significantly affected when their basic needs for food, safety, housing, health care, or clothing are not met. Students who are experiencing hunger, housing instability, utility shutoffs, or other unmet basic needs may experience increased frustration, anxiety, withdrawal, or behavioral challenges at school. These circumstances can create additional barriers to learning and make it more challenging for students to fully participate and benefit from instruction. As educators, we must recognize these barriers and work collaboratively with students, families, and support services to help ensure that students have the resources and stability they need to learn. The reduction in attendance interventions and family outreach means that attendance would likely decline because fewer staff members would be available to locate absent students, contact families, identify the reasons for absences, and connect families with services. Locating and supporting a student who has stopped attending school can require many hours of work. When many students require that assistance, the work cannot reasonably be handled by a single teacher or staff member.

This would increase burdens on myself and other teachers, and negatively impact our ability to effectively educate students, because we would spend less time in the classroom.

16.    A reduction in community-school services could also require Augusta Fells or Baltimore City Public Schools to use other limited funds to address needs previously covered through the grant. Because school resources are limited, using school funds to replace lost community-school services could require reductions in other programs, staffing, instructional materials, or priorities.

17.    Our community school programs are not optional extras. They are critical to our students, families, and community. Without them, it will be harder for teachers to teach and harder for students to learn.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 8, 2026

Kiesha Wilson