**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BRIGHTON PARK NEIGHBORHOOD
COUNCIL, *et al.*,

          Plaintiffs,

  v.

LINDA MCMAHON, in her official capacity
as Secretary of the United States Department of
Education, *et. al.*,

          Defendants.

**Civil Case No. 25-cv-1423**

**DECLARATION OF ELSON NASH**

I, Elson Nash, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.     I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2.     I have worked in the education and nonprofit fields for over 30 years. After years in the nonprofit world, I served as the Deputy Director of the White House Council for Community Solutions from July 2009 until July 2012. In July 2012, I joined the Promise Neighborhoods and Full-Service Community Schools programs at the U.S. Department of Education as a Team Lead. In roughly July 2021, I became the Director of the School Choice and Improvement Program Division of the Department of Education. I retired from federal service after 22 years on December 31, 2024..

3.      During my tenure as the Director of the School Choice and Improvement Program Division, I oversaw seven programs including Full-Service Community Schools (FSCS) and Promise Neighborhoods (PN) and thus have extensive familiarity with those programs and how they are typically run. My responsibilities included supervising program staff and managers, overseeing the development and implementation of program regulations and notices, reviewing continuation awards, and ensuring that policy, legal, and regulatory requirements were incorporated into the program.

4.      The FSCS program awards five-year grants to states, districts, or other organizations to help partner schools implement community schools. Community schools are intended to serve as hubs that coordinate and integrate a wide range of services and supports that meet the unique needs of students and communities.

5.      The FSCS program was rooted in the "community school" model, which long predates the federal FSCS program. Out of a recognition that children in high-poverty school districts often lack access to support and opportunity to meet their academic, physical, and mental health needs, community schools historically have served as hubs connecting schools with health, social, educational, and family support services. Numerous states and school districts have adopted versions of the community school model over several decades. I was involved in the Department's rulemaking processes for the FSCS program in approximately 2017, 2022, and 2023. Throughout those rulemakings, Department staff developed proposed regulations, solicited public comments, analyzed the comments received, revised the regulations where appropriate, and prepared final notices for approval by Department leadership. Political leadership historically sought and was guided by the expert views of agency staff during my tenure, and career staff played a significant

role in developing the regulations and ensuring that the record accurately reflected stakeholder input.

6.      The FSCS program was intentionally structured to support community schools at multiple levels, including individual school development grants, multi-district grants, and state-level grants. The Department established absolute priorities to ensure that grants would reach different types of communities and maximize the program's impact.

7.      After a notice inviting applications is published, applicants are typically provided 60 to 90 days to prepare and submit their applications. Program staff first conduct an initial screening to determine applicant eligibility. Eligible applications are then entered into the Department's G5 grants management system and grouped by funding priority (for instance, applicants falling within Absolute Priority 1) and further organized into comparable categories, such as state, multi-state, or development grants, to ensure that reviewers evaluate similar applications against each other.

8.      Applications are reviewed by independent peer review panels consisting of subject-matter experts in the community schools field. Each panel is facilitated by a non-staff facilitator, and Department staff participate only to administer the review process, ensure that reviewers adhere to applicable procedures, and identify and prevent conflicts of interest.

9.      After the peer reviewers complete their evaluations, they assign scores based on the published review criteria, and the G5 grants system then compiles and ranks applications by score within each funding priority. Department staff do not alter these scores or rankings. The primary area of Department discretion occurs after the scoring process is complete: Based on the amount

of available funding, Department leadership determines how many of the highest-scoring applications to fund within each priority category or slate.

10. During the 2022-2023 competition, the program attracted significant interest. The Department actively promoted the FSCS program through outreach efforts, including presentations at the annual Coalition for Community Schools conference, which typically attracted approximately 2,500 to 3,500 participants. The Department ultimately received approximately 175 to 200 applications, resulting in approximately 72 awards.

11. After grants were awarded, continuation funding depended on whether grantees demonstrated adequate yearly progress. The Department evaluated this based on reports and data submitted by the grantees, including performance reports, performance measures, certain financial data, and a project's fiscal and management performance.

12. During my time in the FSCS program office, continuation recommendations were based on grantee performance, compliance with award requirements, fiscal management, and progress toward approved project objectives. I am not aware of continuation funding ever being denied because Department leadership disagreed with the policy views reflected in an approved grant application, because an application contained references to concepts such as equity or inclusion, because a new administration adopted different policy priorities after the grant was awarded, or because staff re-evaluated an original application under standards different from those governing the competition in which the grant was selected.

13. While I was with the Department, FSCS grantees were meeting their performance metrics. Between 2022 and when I departed in December, 2024, every FSCS grantee had their funding continued every year.

14.     While this never occurred within the FSCS program, in the extremely rare circumstance in which a grantee was not making adequate yearly progress, the Department would notify that grantee and provide opportunities to correct their performance deficiencies well in advance of a noncontinuation decision. For instance, if a Program officer foresaw any issues with continuation based on the grantee's performance, the Department would conduct a mid-year review to evaluate performance and whether it met the criteria for continuation. Program officers typically meet with grantees quarterly, but where grantees were not meeting performance metrics, officers would instead meet with them monthly to discuss their performance progress and opportunities to correct deficiencies. Grantees would therefore be well aware of any deficiencies and avenues to correct them.

15.     Even in the rare case that the Department did make a final decision not to continue a grantee's funding, the grantee would be notified well in advance of the end of the year. After the final report in August, grantees who received noncontinuation decisions would typically receive a final determination letter by mid-September at the latest notifying them of a noncontinuance. To my knowledge, the Department never sent noncontinuation letters as late as October, let alone December, for grantees requesting continuances for the following year.

August 11, 2026                         /s/Elson Nash_____
                                        Elson Nash