**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRIGHTON PARK NEIGHBORHOOD COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON,<br>Secretary of Education, et al.,<br><br>Defendants. | Civil Action No. 25-4523 (SLS) |

**STATUS REPORT**

The Department of Education, by and through the undersigned counsel, respectfully files this status report to inform the Court of an important update regarding this case.

In the Department's combined partial motion to dismiss and cross-motion for summary judgment (ECF No. 45), it asserted the following: "The Department has previously stated that it would move to dismiss other grants at issue in this case which are currently the subject of litigation in *Maryland v. Dept. of Ed.*, Civ. No. 25-4298 (DLB) (D. Md. Dec. 30, 2025). However, the Department has since moved to stay all claims associated with said grants in the *Maryland* litigation. *See generally Maryland*, Civ. No. 25-4298 (DLB), ECF No. 19 (D. Md. Jul. 23, 2026). But if the stay motion is denied, the Department reserves the right to request that this Court stay or dismiss the aforesaid claims in this case. *See*, *e.g.*, *Smalls v. United States*, 471 F.3d 186, 192 (D.C. Cir. 2006) (ruling that "[a] federal district court lacks jurisdiction to review decisions of other federal courts"); *Klayman v. Rao*, 49 F.4th 550, 552 (D.C. Cir. 2022)."[1] *See* Def.'s Mot.

---

[1] The referenced grants simultaneously at issue in this case and in the *Maryland* litigation are identified by award number as S215J220024, S215J230148, S215J220100, and S215J230049.

(ECF No. 45-1) at 18 n.1. Accordingly, the Department files this status report to inform the Court that on November 4, 2026, a paperless order was issued denying its aforementioned motion to stay. *Maryland*, Civ. No. 25-4298 (DLB), ECF No. 28 (D. Md. Nov. 4, 2026). In light of this new development, the Department respectfully requests that the Court stay or dismiss any claims already being litigated in *Maryland*. Should the Court determine, however, that a separate motion seeking a stay or dismissal is warranted, the Department would welcome the opportunity to file such a motion. However, the Department has already articulated reasons as to why it believes that a stay or dismissal of the claims, *see*, *e.g.*, Def.'s Mot. (ECF No. 49) at 9 (stating that "collateral review of claims litigated and decided in one district court cannot be brought before another district court"), and Plaintiffs have already indicated their opposition to any such relief. Pl.'s Opp'n (ECF No. 47) at 11 n.1.

Dated: November 5, 2026
Washington, DC

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Fithawi Berhane*
FITHAWI BERANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*